B 1 (Official Form 1) (4/10)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Corus Bankshares, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):<br>**41-0823592** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |

| Street Address of Debtor (No. & Street, City, and State):<br>**10 S. Riverside Plaza, Suite 1800**<br>**Chicago, Illinois** | ZIP CODE<br>**60606** | Street Address of Joint Debtor (No. & Street, City, and State): | ZIP CODE |
|---|---|---|---|
| County of Residence or of the Principal Place of Business:<br>**Cook** | | County of Residence or of the Principal Place of Business: | |
| Mailing Address of Debtor (if different from street address): | ZIP CODE | Mailing Address of Joint Debtor (if different from street address): | ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**Connecticut, New Jersey** | | | ZIP CODE |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

☐ Individual (includes Joint Debtors)
   *See Exhibit D on page 2 of this form.*
☒ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other
   See #3 on Exhibit A

**Tax-Exempt Entity**
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check **one** box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☒ Debts are primarily business debts.

**Filing Fee** (Check **one** box.)

☒ Full Filing Fee attached.

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

- - - - - - - - - - - - - - - - - - - - -
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors (on a consolidated basis)

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets (on a consolidated basis)

| $0- to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

Estimated Liabilities (on a consolidated basis)

| $0- to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |

B 1 (Official Form 1) (4/10)                                                                                                           Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Corus Bankshares, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br><br>☒ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)          (Date)</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>☒ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>                          _____<br>                           (Name of landlord that obtained judgment)<br><br>                          _____<br>                            (Address of landlord)<br><br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B 1 (Official Form 1) (4/10)                                                                                                  Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Corus Bankshares, Inc. |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

X  */s/ David R. Seligman*
  Signature of Attorney for Debtor(s)
  David R. Seligman
  Printed Name of Attorney for Debtor(s)
  Kirkland & Ellis LLP
  Firm Name

  300 North LaSalle Street
  Chicago, Illinois 60654
  Address
  (312) 862-2000
  Telephone Number
  June 15, 2010
  Date

\*  In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  */s/ Randy P. Curtis*
  Signature of Authorized Individual
  Randy P. Curtis
  Printed Name of Authorized Individual

  Chief Executive Officer
  Title of Authorized Individual

  June 15, 2010
  Date

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U.S.C. § 110; 18 U.S.C. § 156.*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CORUS BANKSHARES, INC.[1] | ) | Case No. 10-_____(____) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

**Exhibit "A" to Voluntary Petition**

1.  Certain of the Debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934.  The SEC file number is 0-06136.

2.  The following financial data is the latest available information and is current as of June 15, 2010.

| | | | |
|---|---|---|---|
| a. | Total assets (on a consolidated basis) | $ | 314,145,827.71 |
| b. | Total debts (on a consolidated basis) | $ | 532,938,417.51 |
| c. | Debt securities held by more than 500 holders. | N/A | Approximate number of holders |
| d. | Number of shares of preferred stock | N/A | N/A |
| e. | Number of shares of common stock | 53,711,680 | 211[2] |

Comments, if any:  N/A

3.  Brief description of the Debtor's business:

The Debtor presently operates a real estate mortgage loan management business.

---

[1]  The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: Corus Bankshares, Inc. (3592).  The location of the Debtor's corporate headquarters and the service address for the Debtor is: 10 S. Riverside Plaza, Suite 1800, Chicago, IL  60606.

[2]  Approximately 51 million shares of the Debtor's securities are held in street name at Cede & Co. a/k/a The Depository Trust & Clearing Corporation ("DTC") for the benefit of DTC participants and their customers. The Debtor estimates that actual beneficial holders number in excess of 500.

4.  List the name of any person who directly or indirectly owns, controls or holds, with power to vote, 5% or more of the voting securities of debtor:

Upon information and belief, as of June 15, 2010, each of the following persons directly or indirectly owned, controlled or held, with power to vote, the approximate percentage of voting securities listed in the parenthesis following such person's name:  Not Applicable

K&E 15747231

## RESOLUTIONS OF BOARD OF DIRECTORS OF
## CORUS BANKSHARES, INC.

Effective as of this 14th day of June, 2010, the board of directors (the "Board of Directors") of Corus Bankshares, Inc., a Minnesota corporation (the "Company"), took the following actions and adopted the following resolutions:

WHEREAS, the Board of Directors reviewed and considered the materials presented by the management and the financial and legal advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the impact of the foregoing on the Company's business; and

WHEREAS, the Board of Directors has had the opportunity to consult with the management and the financial and legal advisors of the Company and fully consider each of the strategic alternatives available to the Company;

I.    **Voluntary Petition Under the Provisions of Chapter 11 of Title 11 of the United States Code**

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Board of Directors, it is desirable and in the best interests of the Company, its creditors, and other parties in interest, that the Company file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and

RESOLVED FURTHER, that the officers of the Company (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers, with power of delegation, be, and they hereby are, authorized to execute and file on behalf of the Company all petitions, schedules, lists and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business; and

RESOLVED FURTHER, that the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Kirkland & Ellis LLP as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to

execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Kirkland & Ellis LLP; and

RESOLVED FURTHER, that the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of Kinetic Advisors, LLC as restructuring advisors to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of Kinetic Advisors, LLC; and

RESOLVED FURTHER, that the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of Plante & Moran PLLC as independent auditors and accountants to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of Plante & Moran PLLC; and

RESOLVED FURTHER, that the Authorized Officers, and they hereby are, authorized and directed to employ the firm of BMC Group, Inc. as notice, claims, and balloting agent to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of BMC Group, Inc.; and

RESOLVED FURTHER, that the Authorized Officers be, and they hereby are, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate

K&E 15767197

application for authority to retain the services of any other professionals as necessary; and

## II.    Further Actions and Prior Actions

RESOLVED FURTHER, that the Authorized Officers be, and they hereby are, authorized and empowered, with power of delegation, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such instruments as each, in his/her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and

RESOLVED FURTHER, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

\* \* \* \* \*

K&E 15767197

## <u>CERTIFICATE</u>

The undersigned, Stephen J. Antal, Secretary & General Counsel of Corus Bankshares, Inc. (the "Company"), a Minnesota corporation, hereby certifies as follows:

1.  I am the duly qualified and elected Sectary & General Counsel and, as such, I am familiar with the facts herein certified and I am duly authorized to certify the same on behalf of the Company.

2.  Attached hereto is a true, complete, and correct copy of the resolution of the board of directors of the Company (the "Board of Directors"), duly adopted at a properly convened meeting of the Board of Directors on June 14, 2010, by the members constituting a majority of the votes of the quorum of the directors there present, in accordance with the bylaws of the Company.

3.  Such resolution has not been amended, altered, annulled, rescinded, or revoked and is in full force and effect as of the date hereof.  There exists no other subsequent resolution of the Board of Directors of the Company relating to the matters set forth in the resolution attached hereto.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of June 15, 2010.

_/s/ Stephen J. Antal_
Stephen J. Antal
Secretary & General Counsel

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CORUS BANKSHARES, INC.[1] | ) | Case No. 10-_____(____) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## LIST OF CREDITORS HOLDING
## THE 20 LARGEST UNSECURED CLAIMS

The above-captioned debtor (the "Debtor") filed a petition in the Court for relief under chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532. The following is the list of the Debtors' creditors holding the 20 largest unsecured claims (the "List") based on the Debtors' books and records as of approximately June 15, 2010. The List is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The List does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31), or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the List of 20 largest unsecured claims. The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtor. The information herein, including the failure of the Debtor to list any claim as contingent, unliquidated or disputed, does not constitute a waiver of the Debtors' right to contest the validity, priority or amount of any claim.

---

[1]    The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: Corus Bankshares, Inc. (3592). The location of the Debtor's corporate headquarters and the service address for the Debtor is: 10 S. Riverside Plaza, Suite 1800, Chicago, IL  60606.

| | (1)<br>Name of creditor | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security) |
|---|---|---|---|---|---|
| 1. | U.S. Bank National Association, as Statutory Trustee for Corus Statutory Trust I | Paul Allen<br>U.S. Bank National Association<br>Tel: 617.603.6549<br>Fax: 617.603.6683<br>paul.allen@usbank.com<br>Corporate Trust Division - 3rd Floor<br>1 Federal Street<br>Boston, MA  02110 | Subordinated Debentures | Unliquidated | $29,550,941 |
| 2. | The Bank of New York, as Statutory Trustee for Corus Statutory Trust II | Carlos Luciano<br>BNY Mellon<br>Tel: 212.815.5445<br>Fax: 212.815.5707<br>carlos.luciano@bnymellon.com<br>101 Barclay Street - 8W/Corporate Finance<br>New York, NY 10286 | Subordinated Debentures | Unliquidated | $21,502,304 |
| 3. | U.S. Bank National Association, as Statutory Trustee for Corus Statutory Trust III | Paul Allen<br>U.S. Bank National Association<br>Tel: 617.603.6549<br>Fax: 617.603.6683<br>paul.allen@usbank.com<br>Corporate Trust Division - 3rd Floor<br>1 Federal Street<br>Boston, MA  02110 | Subordinated Debentures | Unliquidated | $48,290,811 |
| 4. | The Bank of New York, as Statutory Trustee for Corus Statutory Trust IV | Carlos Luciano<br>BNY Mellon<br>Tel: 212.815.5445<br>Fax: 212.815.5707<br>carlos.luciano@bnymellon.com<br>101 Barclay Street - 8W/Corporate Finance<br>New York, NY 10286 | Subordinated Debentures | Unliquidated | $32,155,742 |
| 5. | U.S. Bank National Association, as Statutory Trustee for Corus Statutory Trust V | Paul Allen<br>U.S. Bank National Association<br>Tel: 617.603.6549<br>Fax: 617.603.6683<br>paul.allen@usbank.com<br>Corporate Trust Division - 3rd Floor<br>1 Federal Street<br>Boston, MA  02110 | Subordinated Debentures | Unliquidated | $53,562,559 |
| 6. | The Bank of New York, as Statutory Trustee for Corus Statutory Trust VI | Mudassir Mohammed<br>BNY Mellon<br>Tel: 713.483.6029<br>Fax: 713.483.6627<br>mudassir.mohamed@bnymellon.com<br>601 Travis Street<br>16th Floor<br>Houston, TX 77057 | Subordinated Debentures | Unliquidated | $26,588,050 |

| | (1)<br>Name of creditor | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security) |
|---|---|---|---|---|---|
| 7. | Wilmington Trust Company, as Statutory Trustee for Corus Statutory Trust VII | Christopher Slaybaugh<br>Wilmington Trust Company<br>Tel: 302.636.6395<br>Fax: 302.636.4145<br>CSlaybaugh@WilmingtonTrust.com<br>Corporate Capital Markets<br>1100 North Market Street<br>Wilmington, DE 19890-1615 | Subordinated Debentures | Unliquidated | $52,957,407 |
| 8. | The Bank of New York, as Statutory Trustee for Corus Statutory Trust VIII | Mudassir Mohammed<br>BNY Mellon<br>Tel: 713.483.6029<br>Fax: 713.483.6627<br>mudassir.mohamed@bnymellon.com<br>601 Travis Street<br>16th Floor<br>Houston, TX 77057 | Subordinated Debentures | Unliquidated | $26,278,050 |
| 9. | The Bank of New York, as Statutory Trustee for Corus Statutory Trust IX | Mudassir Mohammed<br>BNY Mellon<br>Tel: 713.483.6029<br>Fax: 713.483.6627<br>mudassir.mohamed@bnymellon.com<br>601 Travis Street<br>16th Floor<br>Houston, TX 77057 | Subordinated Debentures | Unliquidated | $26,194,798 |
| 10. | Wilmington Trust Company, as Statutory Trustee for Corus Statutory Trust X | Christopher Slaybaugh<br>Wilmington Trust Company<br>Tel: 302.636.6395<br>Fax: 302.636.4145<br>CSlaybaugh@WilmingtonTrust.com<br>Corporate Capital Markets<br>1100 North Market Street<br>Wilmington, DE 19890-1615 | Subordinated Debentures | Unliquidated | $26,111,775 |
| 11. | LaSalle Bank, as Statutory Trustee for Corus Statutory Trust XI | David Canfield<br>LaSalle Bank<br>Tel: 312.992.8801<br>Fax: 312.904.0283<br>david.canfield@lasallegts.com<br>540 W. Madison St.<br>Suite 1800<br>Chicago, IL 60661 | Subordinated Debentures | Unliquidated | $26,088,753 |
| 12. | Wells Fargo Delaware Trust Co., as Statutory Trustee for Corus Statutory Trust XII | Molly Breffitt<br>Wells Fargo Delaware Trust Co.<br>Tel: 302.575.2010<br>Fax: 302.575.2006<br>Molly.A.Breffitt@wellsfargo.com<br>919 Market Street<br>Suite 1600<br>Wilmington, DE 19801 | Subordinated Debentures | Unliquidated | $26,149,393 |

| | (1)<br>Name of creditor | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security) |
|---|---|---|---|---|---|
| 13. | Wilmington Trust Company, as Statutory Trustee for Corus Statutory Trust XIII | Geoff Lewis<br>Wilmington Trust Company<br>Tel: 302.636.6395<br>Fax: 302.636.4140<br>Glewis@WilmingtonTrust.com<br>Corporate Capital Markets<br>1100 North Market Street<br>Wilmington, DE 19890-1615 | Subordinated Debentures | Unliquidated | $21,136,930 |
| 14. | Regus Management Group, LLC | Attn:  Mohammad Qattum<br>312.474.6099<br>10 S. Riverside Plaza, Suite 1800<br>Chicago, IL 60606<br>mohammad.qattum@regus.com | Contract | Unliquidated | |
| 15. | Flora Boemi | 1100 Pembridge Drive<br>APT 127<br>Lake Forest, IL 60045 | Contract | Unliquidated | |
| 16. | Harry L. Shapiro | 3100 Lexington Lane<br>APT 307<br>Glenview, IL 60026 | Contract | Unliquidated | |
| 17. | Joel T. Harris | 1212 N. Lake Shore Drive<br>#32CS<br>Chicago, IL 60610 | Contract | Unliquidated | |
| 18. | Marvin Strunk | 80 Linden Avenue<br>Glencoe, IL 60022 | Contract | Unliquidated | |
| 19. | Joseph Glickman | 7770 Starlight Drive<br>La Jolla, CA 92037 | Contract | Unliquidated | |
| 20. | Bloomberg | Attn: Marie Ferguson (Vengroff, Williams & Associated, Inc.)<br>Tel: 800.617.1263 x2241<br>Fax: 631.670.2241<br>PO Box 4155<br>Sarasota, FL 34230 | Trade | Disputed | |

**DECLARATION UNDER PENALTY
OF PERJURY ON BEHALF OF CORPORATION**

Pursuant to 28 U.S.C. § 1746, I, Randy P. Curtis, the duly qualified and elected Chief Executive Officer of Corus Bankshares, Inc., declare under penalty of perjury that I have reviewed the List of Creditors Holding the 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Cook County, IL                           */s/ Randy P. Curtis*
Dated:  June 15, 2010                      Randy P. Curtis
                                           Chief Executive Officer

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CORUS BANKSHARES, INC.[1] | ) | Case No. 10-_____(____) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**LIST OF EQUITY SECURITY HOLDERS**[2]

- Abby L Hans & Sharly A. Hans
- Abdula Family Partnership
- Aidan D Gilbert
- Alan J Lorr & George J. Lorr
- Alberta L Feurzeig
- Allen E Eliot Tr
- Alvin W Mccormick Tr
- Anna M Vlach
- Anne W Glickman
- Anthony Smith
- Arthur L Hotvedt & Dorothy Hotvedt Tr
- August Knipers
- Barbara A Klossner
- Barton C Burns
- Becky Perkins
- Benjamin Bernstein
- Bonnie J Graupner
- Brandon Kessler
- Brayden Allen Gardner
- Bridget M Studney & Charles Studney JTWROS
- Bridget Studney
- Canyon State Life Insurance Co
- Carl Fassbind
- Carol L Perkins
- Carol W Hauf

---

[1]   The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: Corus Bankshares, Inc. (3592).  The location of the Debtor's corporate headquarters and the service address for the Debtor is: 10 S. Riverside Plaza, Suite 1800, Chicago, IL  60606.

[2]   This list serves as the disclosure required to be made by the Debtor pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure.  The information listed herein is based on information and belief as of June 15, 2010.

- Cathy Propper
- Cathy Propper
- Cede & Co[3]
- Charles F Wilharm Tr
- Charles Kalfadelis
- Charles M Broggi & Lois A. Broggi
- Charles R Johnson Tr CR Johnson Rev Living Trust
- Chester W Latawiec
- Coast Life Insurance Company
- Cynthia Fisher
- Cynthia J Uselman
- Cynthia W Dibble
- Cyril A Conrad
- Daniel Van Bellinger
- Darleen M Plinski
- David A Cedar & Sandra A. Klien
- David Fingerman
- Deborah A Dalton & Mark A Dalton
- Deborah S Watkins
- Diane Eve Wolfe
- Donald Kloss And
- Donna J Brach
- Donna K Stoltman
- Doris E Schneider
- Dorothy A Smith
- E James Schlumpberger
- Edward J Eisel
- Eleanor H Good
- Emil Bruzek
- Esau Hernandez
- Fiore J Ruffolo & Bettina Ruffolo
- Floyd M Krakau
- G Stephen Eccles
- Gary Birnberg
- Gerald L Natkin & Michael J Natkin
- Gerald R Armstrong
- Gina M Nicosia
- Gordon A Anderson & Correne V Anderson Anderson Family Revocable Trust
- Guadalupe M Larios
- Hardye Glickman

---

[3] Approximately 51 million shares of the Debtor's securities are held in street name at Cede & Co. a/k/a The Depository Trust & Clearing Corporation ("DTC") for the benefit of DTC participants and their customers. The Debtor estimates that actual beneficial holders number in excess of 500.

- Hardye S Moel & Donald I Moel
- Harold C Wiltenmuth
- Harold Lebowitz
- Harold T Cahow
- Harriet C Horwitz
- Harry C Grounds & June M Grounds JTWROS
- Harry Grounds
- Heidi S Tarshish Cust Under the MN Unif Tran Min Act
- Herbert C Nicol & Lois E. Nicol
- Hubert P Kelly Revocable Trust
- Ingrid Carlin
- J Martin Norris
- Jack Steven Lubeznik
- Jake Abramovitz & Lucille B Abramovitz TR
- Jake Abramovitz & Lucille B Abramovitz
- James W Millegan & Debra B Millegan
- Jane Albrecht
- Janice B Bake & Kenneth E Bake
- Janice S Propper
- Jay F Hoffman
- Jeremiah Schapiro
- Joanne Birnberg
- Joanne H Wrobel & Jan Wrobel
- Joel C Solomon
- Joel R Bronstein Cust
- John E Mcparland Trust
- John H Panton & Mary Panton
- John Scheerer
- Joseph C Glickman
- Joseph Organ Jr
- Joseph Peralta
- Josh Davis & Ruth Hartman
- Julie Lepor
- Justin Nelson
- Kathleen Hartman
- Kathleen L Allen
- Kenneth C Levoir
- Kevin Feeney & Myalee Feeney Under the IL Uniform Transfers to Minor Act
- Kristen M Hoime
- Kristen M Hoime
- Larry Slonina

- Lee Rubenstein Cust Fbo Brett Rubenstein Under the IL Unif Tran Min Act
- Leonard Frumkin & Miriam Frumkin
- Leonard M Keller & Ellen B Keller
- Liesbeth Giesberger
- Linda Castleman
- Linda Joyce Smith
- Lise S Eliot
- Lise S Eliot Cust Julia Frost under the TX Unif Transfer to Minors Act
- Lise S Eliot Cust Samuel E Frost under the TX Unif Transfer to Minors Act
- Louis Salloway Cust For Sherrie B. Salloway
- Louis W Bookheim
- Louis W Bookheim
- Lynn M Colvin
- Lynn M Colvin Cust For Andrew  L Colvin Unif Gift Min Act NY
- Mara Clair Segal
- Marcia Siker
- Marguerite F Nye
- Marguerite Moukalian Kanner
- Mariilyn Goodman
- Marilyn D Serber & Paul Serber
- Marilyn D Serber & Paul Serber
- Marilyn E Goodman Cust for Maurice M Jamaleldin Cust Unif Gift Min Act MN
- Marilyn E Goodman Cust for Maurice M Jamaleldin Cust Unif Gift Min Act MN
- Marilyn Klehm Martin & Thomas M Martin
- Marilyn Klehm Martin & Thomas M Martin
- Marilyn Predd
- Mark D Kalina
- Marlene Rubenstein Cust FBO Dena Arielle Rubenstein
- Marnie Rose Glickman
- Marshall Wolf
- Mary Ann Braun
- Mary Ann G Mcmorrow Trust Mary Ann G. Mcmorrow TTEE
- Mary Kay Phillips
- Mary Moukalian Gindorff
- Matt Mueller
- Michael M Salloway
- Michael Mc Queen & Patricia MC Queen

- Michael Perkins
- Michael Plitman & Charlene Plitman
- Michael Plitman
- Michael R Levoir
- Millard Upham
- Milton Desnick & & Florence Desnick JTWROS
- Morton Leder
- Morton Leder
- Murial P Hork & Sandra J Hork
- Nancy & Dennis Ditlove Tr
- Olatokumbo Shobowale
- Patrick Michael Sullivan
- Patsy Perkins
- Paul J Mizgalski & Rose Mizgalski
- Paul J Mizgalski Cust For Jean Mizgalski Under the WI Unif Transfers to Minors Act
- Paul S Mann & Harriet S Mann
- Paul Serber & Marilyn D Serber
- Paul Serber & Marilyn D Serber Tr
- Paul Shapiro
- Paula J Biebuyck
- Pearl Gordon
- Perry C Burkett
- Phyllis M Johnson Tr
- Ralph R Vos
- Reuben Birnberg Custodian For Gary Birnger UMUGTMA
- Reuben Birnberg Custodian For Joanne Birnger UMUGTMA
- Richard G Pearson
- Richard L Miller
- Richard Pearson
- Robert A Anderson
- Robert A Spaulding Tr
- Robert C Kalina
- Robert C Tengdin
- Robert E Schlavin
- Robert H Long & Pearl Long
- Robert L Dotto & Kathy M Dotto
- Robert L Schmaus
- Robert Safirstein & Marcia Safirstein
- Robin A Pokoyoway
- Ronald G Fong
- Ronald H Colvin

- Ronald M Bidochka Cust Nicole Bidochka Under the IL Unif Tran Min Act
- Rube N Nisson & Lori E Nisson
- Rudolph C Bayer & Judith I Bayer JTWORS
- Samuel E Johnson Tr FBO the Johnson Revocable Trust
- Shari Goldman
- Sharyl A Hans & Abby Hans
- Sheri Salloway Yarosh
- Shirley Goodstein & Ethel Goodstein
- Snl Securities Llc
- Stanley H Jones Cust FBO Alexandra Jones under the KY Unif Tran Min Act
- Stephan Stroyny & Ann Stroyny
- Susan Cronin
- Susan Haim
- Terrance M Kalina
- Terry A Hansen & Darlene K Hansen
- The Robert And Caryn Glickman Foundation
- Thomas A Levoir
- Thomas Martin & Marilyn Klehm Martin
- Thomas R Kowalski
- Thomas Steven Smith
- Todd J Kalina
- Tyrus C Abel
- Urban P Krebsbach
- William F Kroeplin Margaret M Omalley
- William J Levoir
- William J Murawski & Elizabeth Ann Murawski
- Yong Gibson Cust Phillip Gibson under the IL Unig Transfer to Min Act

### DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorized officer of Corus Bankshares, Inc., the debtor in this case (the "Debtor"), declare under penalty of perjury that I have read the foregoing list of equity security holders of the Debtor and that it is true and correct to the best of my information and belief.

Dated:  June 15, 2010

*/s/ Randy P. Curtis*
Randy P. Curtis

Chief Executive Officer
Title

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CORUS BANKSHARES, INC.[1] | ) | Case No. 10-_____(_____) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, the following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the Debtor's equity interests:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Not Applicable | Not Applicable |

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorized officer of Corus Bankshares, Inc., the debtor in this case (the "Debtor"), declare under penalty of perjury that I have read the foregoing corporate ownership statement of the Debtor and that it is true and correct to the best of my information and belief.

Dated:  June 15, 2010

_/s/ Randy P. Curtis_
Randy P. Curtis

Chief Executive Officer
Title

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: Corus Bankshares, Inc. (3592).  The location of the Debtor's corporate headquarters and the service address for the Debtor is: 10 S. Riverside Plaza, Suite 1800, Chicago, IL  60606.