**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CORUS BANKSHARES, INC.[1] | ) | Case No. 10-26881 (PSH) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**AGENDA FOR FIRST DAY HEARING**

Time and Date of Hearing: **June 15, 2010 at 10:30 a.m.** (Prevailing Central Time)

Location of Hearing: The Honorable Pamela S. Holis
Courtroom No. 644
United States Bankruptcy Court for the Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Copies of Motions: A copy of each pleading can be viewed on the Court's website at www.ilnb.uscourts.gov and at the website of the Debtors' proposed notice and claims agent, BMC Group, Inc. ("BMC"), at http://www.bmcgroup.com/corus. Further information may be obtained by calling BMC at (888) 909-0100

**Matters Requested to Be Heard at First Day Hearing**

**I.    Introduction**

    A.    <u>First Day Declaration</u>. Declaration of Randy P. Curtis in Support of First Day Pleadings [Docket No. 4].

**II.   First Day Pleadings**

    B.    <u>Cash Management Motion</u>. Motion of the Debtor for Entry of Interim and Final Orders Authorizing the Debtors to: (a) Continue Using its Existing Cash Management System, Bank Accounts, and Business Forms; and (b) Maintain its Existing Investment Practices [Docket No. 5].

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: Corus Bankshares, Inc. (3592). The location of the Debtor's corporate headquarters and the service address for the Debtor is: 10 S. Riverside Plaza, Suite 1800, Chicago, IL 60606.

K&E 16932994

Case 10-26881    Doc 11    Filed 06/15/10    Entered 06/15/10 17:02:54    Desc Main
            Document      Page 2 of 3

C. <u>Wages Motion</u>. Motion of the Debtor for Entry of an Order Authorizing the Debtor to: (A) Pay Certain Prepetition Wages, Salaries and Reimbursable Employee Expenses; (B) Pay and Honor Employee Benefits; and (C) Continue Employee Compensation and Employee Benefit Programs [Docket No. 6].

D. <u>Case Management Motion</u>. Motion of the Debtor for Entry of an Order Establishing Certain Notice, Case Management, and Administrative Procedures [Docket No. 7].

E. <u>Claims Agent Retention Application</u>. Application for Entry of an Order Authorizing the Debtor to Employ and Retain BMC Group, Inc. as Notice, Claims, and Balloting Agent [Docket No. 8].

F. <u>Record Date Motion</u>. Motion for Entry of an Order (A) Establishing an Effective Date for Notice and Sell-Down Procedures for Trading in Claims Against the Debtor's Estate and (B) Granting Related Relief [Docket No. 9].

G. <u>Equity Trading Motion</u>. Motion of the Debtor for Entry of Interim and Final Orders Establishing Notification and Hearing Procedures for Transfers of Certain Common Stock and for Related Relief [Docket No. 10].

K&E 16932994

| | |
|---|---|
| Dated:  June 15, 2010 | **KIRKLAND & ELLIS LLP** |
| | */s/ David R. Seligman* |
| | James H.M. Sprayregen, P.C. (IL Bar No. 6190206) |
| | David R. Seligman, P.C. (IL Bar No. 6238064) |
| | Jeffrey W. Gettleman (IL Bar No. 0944904) |
| | 300 North LaSalle Street |
| | Chicago, Illinois  60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile:  (312) 862-2200 |
| | |
| | *Proposed Counsel to the Debtor and Debtor in Possession* |