UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 10 B 26881 |
| | ) | |
| CORUS BANKSHARES, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Pamela S. Hollis |

**ORDER ENTERING FINDINGS OF FACT AND CONCLUSIONS OF LAW AWARDING TO KINETIC ADVISORS, LLC, FINANCIAL ADVISOR TO THE DEBTOR, ALLOWANCE AND PAYMENT OF THIRD INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES [EOD # 509]**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 70,230.00 | TOTAL COSTS REQUESTED: | $ 2,156.48 |
| TOTAL FEES REDUCED: | $     210.00 | TOTAL COSTS REDUCED: | $  0 |
| TOTAL FEES ALLOWED: | $ 70,020.00 | TOTAL COSTS ALLOWED: | $ 2,156.48 |

**TOTAL FEES AND COSTS ALLOWED:   $ 72,176.48**

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES WHICH HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION WHICH APPEARS NEXT TO EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

**(14)   Computational or Typographical Error**

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error.

IT IS SO ORDERED.

ENTERED:

Date:  JUL 14 2011

PAMELA S. HOLLIS
United States Bankruptcy Judge

EXHIBIT C

**Kinetic Advisors, LLC**
Debtor: Corus Bankshares, Inc.
Time Detail
For February 1, 2011 to February 28, 2011

### 03 - Business Operations

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/04/11 | Sudhin Roy | 03 - Business Operations | Attend Debtor's Board of Directors meeting by phone. | 1.2 | $700.00 | $840.00 |
| | *John Chalus - Vice President* | | | 1.2 | | $840.00 |
| | TOTAL | 03 - Business Operations | | 1.2 | | $840.00 |

### 04 - Case Administration

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/18/11 | Luis Salaman | 04 - Case Administration | Prepare the 7th monthly fee application. | 4.0 | $200.00 | $800.00 |
| | *Luis Salaman - Operations Manager* | | | 4.0 | | $800.00 |
| | TOTAL | 04 - Case Administration | | 4.0 | | $800.00 |

### 07 - Plan and Disclosure Statement

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/01/11 | John Chalus | 07 - Plan and Disclosure Statement | Finalize analysis of various plan scenarios and send to S. Gross. | 1.9 | $350.00 | $665.00 |
| 02/01/11 | John Chalus | 07 - Plan and Disclosure Statement | Review disclosure statement and plan for chapter 11 liquidation costs. | 0.5 | $350.00 | $175.00 |
| 02/01/11 | John Chalus | 07 - Plan and Disclosure Statement | Call to review Debtor's plan structure with S. Gross, S. Roy, T. Maynes, D. Seligman and J. Gettleman. | 1.1 | $350.00 | $385.00 |
| 02/01/11 | John Chalus | 07 - Plan and Disclosure Statement | Update internal discussion document with new changes as discussed on the call. | 0.6 | $350.00 | $210.00 |
| 02/01/11 | John Chalus | 07 - Plan and Disclosure Statement | Update plan scenario model with new figures, circulate document. | 1.2 | $350.00 | $420.00 |
| 02/01/11 | John Chalus | 07 - Plan and Disclosure Statement | Change model for priority claims and loan participation amounts and re-circulate. | 2.2 | $350.00 | $770.00 |
| 02/02/11 | John Chalus | 07 - Plan and Disclosure Statement | Develop additional scenario for potentially interested party. | 0.2 | $350.00 | $70.00 |
| 02/02/11 | John Chalus | 07 - Plan and Disclosure Statement | Call with S. Roy on due diligence questions by purchaser of TOPrS debt. | 0.2 | $350.00 | $70.00 |
| 02/02/11 | John Chalus | 07 - Plan and Disclosure Statement | (14) Call with S. Roy on due diligence questions by purchaser of TOPrS debt. | 0.2 | $350.00 | $70.00 (-$70) |
| 02/02/11 | John Chalus | 07 - Plan and Disclosure Statement | Call with S. Roy, D. Seligman, S. Gross, J. Gettleman, S. Antal and R. Curtis before potentially interested party call. | 0.4 | $350.00 | $140.00 |
| 02/02/11 | John Chalus | 07 - Plan and Disclosure Statement | Call with S. Roy, D. Seligman, S. Gross, J. Gettleman, S. Antal and R. Curtis and potentially interested party to understand their plans. | 1.8 | $350.00 | $630.00 |
| 02/04/11 | John Chalus | 07 - Plan and Disclosure Statement | Call with S. Roy, S. Gross, S. Antal and potentially interested party to discuss further details on their plans. | 0.7 | $350.00 | $245.00 |
| 02/15/11 | John Chalus | 07 - Plan and Disclosure Statement | Call with S. Roy on plan administrator. | 0.1 | $350.00 | $35.00 |
| 02/15/11 | John Chalus | 07 - Plan and Disclosure Statement | Read Plan Administrator Agreement, summarize and email to S. Roy. | 1.1 | $350.00 | $385.00 |
| 02/15/11 | John Chalus | 07 - Plan and Disclosure Statement | Research plan administrator compensation. | 0.3 | $350.00 | $105.00 |
| 02/28/11 | John Chalus | 07 - Plan and Disclosure Statement | Read Tricadia's proposed term sheet and related documents. | 0.7 | $350.00 | $245.00 |
| 02/28/11 | John Chalus | 07 - Plan and Disclosure Statement | Call with S. Roy, counsel and Tricadia to discuss term sheet proposal. | 0.7 | $350.00 | $245.00 |
| | *John Chalus - Vice President* | | | 13.9 | | $4,865.00 |
| 02/01/11 | Sudhin Roy | 07 - Plan and Disclosure Statement | Review and edit analysis under a number of plan scenarios. | 1.0 | $700.00 | $700.00 |
| 02/01/11 | Sudhin Roy | 07 - Plan and Disclosure Statement | Call to review Debtor's plan structure with S. Gross, J. Chalus, T. Maynes, D. Seligman and J. Gettleman. | 1.1 | $700.00 | $770.00 |
| 02/02/11 | Sudhin Roy | 07 - Plan and Disclosure Statement | Call with Debtor and counsel to prepare for Tricadia call. | 0.4 | $700.00 | $280.00 |
| 02/02/11 | Sudhin Roy | 07 - Plan and Disclosure Statement | Call with Tricadia, J. Chalus, Debtor and counsel on various plan matters. | 1.8 | $700.00 | $1,260.00 |
| 02/02/11 | Sudhin Roy | 07 - Plan and Disclosure Statement | Call with J. Chalus on due diligence questions by purchaser of TOPrS debt. | 0.2 | $700.00 | $140.00 |
| 02/02/11 | Sudhin Roy | 07 - Plan and Disclosure Statement | (14) Call with J. Chalus on due diligence questions by purchaser of TOPrS debt. | 0.2 | $700.00 | $140.00 (-$140) |
| 02/03/11 | Sudhin Roy | 07 - Plan and Disclosure Statement | Call with counsel on plan options and status of balloting. | 0.8 | $700.00 | $560.00 |
| 02/04/11 | Sudhin Roy | 07 - Plan and Disclosure Statement | Call with Tricadia, J. Chalus, counsel and Debtor on various plan matters. | 1.1 | $700.00 | $770.00 |
| 02/08/11 | Sudhin Roy | 07 - Plan and Disclosure Statement | Review certain structure and tax issues. | 0.9 | $700.00 | $630.00 |
| 02/08/11 | Sudhin Roy | 07 - Plan and Disclosure Statement | Review certain plan provisions in the disclosure statement. | 1.8 | $700.00 | $1,260.00 |
| 02/11/11 | Sudhin Roy | 07 - Plan and Disclosure Statement | Call with J. Gettleman on status of discussions with Tricadia. | 0.5 | $700.00 | $350.00 |