UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 10 B 26881 |
| | ) | |
| CORUS BANKSHARES, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Pamela S. Hollis |

ORDER ENTERING FINDINGS OF FACT AND CONCLUSIONS OF LAW
AWARDING TO KIRKLAND & ELLIS LLP, COUNSEL TO THE DEBTOR,
ALLOWANCE AND PAYMENT OF THIRD INTERIM APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES [EOD # 508]

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 740,254.00 | TOTAL COSTS REQUESTED: | $ 13,707.77 |
| TOTAL FEES REDUCED: | $     1,063.40 | TOTAL COSTS REDUCED: | $         6.88 |
| TOTAL FEES ALLOWED: | $ 739,190.60 | TOTAL COSTS ALLOWED: | $ 13,700.89 |

**TOTAL FEES AND COSTS ALLOWED:   $ 752,891.49**

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES WHICH HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION WHICH APPEARS NEXT TO EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

**(5)     Duplication of Services**

The court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. See 11 U.S.C. § 330(a)(4)(A)(i).

**(6)     Meal Expenses**

The court denies the allowance of reimbursement of this meal expense. In re Convent Guardian Corp., 103 B.R. 937, 942 (Bankr. N.D. Ill. 1989) ("[I]t is highly unlikely that counsel could prove that the meal expenses were reasonably necessary for the proper representation of the debtor. . . . If the attorney were not working on the case, he would still have to eat. Accordingly, the court finds that, except in very limited circumstances, local meals are not reasonably necessary for the proper representation of the client.").

**(7)     Lumping**

The court may impose a ten percent penalty for "lumping." In re Wildman, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any

of the requirements of detail by 'lumping' a bunch of activities into a single entry. [Citation omitted.] Each type of service should be listed with the corresponding specific time allotment.").

IT IS SO ORDERED.

ENTERED:

Date: JUL 1 4 2011

PAMELA S. HOLLIS
United States Bankruptcy Judge

Corus Bankshares, Inc.
   10 Creditor Communications

Legal Services for the Period Ending March 31, 2011

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
|      |      |       |        | Cohen re same (.4); correspond with S. Gross and K. Crow re securities law question in Committee letter to Tricadia (.1); correspond with D. Seligman re Tricadia letter (.1); telephone conference with D. Seligman re same (.2); correspond with B. Herron re Committee's voting question (.1); correspond with T. Meyers and R. Rahman re same (.1); correspond with T. Meyers re additional voting question (.1); correspond with B. Herron and S. Gross re same (.1). |
| 3/25/11 | Keith S Crow, P.C. | .40 | 386.00 | Review correspondence with Tricadia re plan issues (.2); analyze issues re TOPrS trading under the plan (.2). |
| 3/28/11 | David Seligman, P.C. | 1.80 | 1,674.00 | Telephone conferences with creditors re case status. ⑦ (−$167.40) |
| 3/28/11 | Jeffrey Gettleman | .10 | 73.00 | Correspond with B. Pfeiffer re timing of response to the Committee's response to Tricadia's proposal. |
| 3/28/11 | Jeffrey Gettleman | .90 | 657.00 | Telephone conference with V. Ghei and M. Zaitzeff re plan administrator issues (.3); telephone conference with D. Seligman and V. Ghei re payment of indenture trustees' expenses (.2); correspond with S. Gross re same (.1); correspond with V. Ghei and D. Seligman re same (.1); correspond with A. Harris re March 31 hearing (.1); correspond with B. Pfeiffer re same (.1). |
| 3/28/11 | Jeffrey Gettleman | .40 | 292.00 | Telephone conference with B. Pfeiffer re exclusivity extension motion and response to T. Meyers' response to Tricadia's proposal. |
| 3/29/11 | Jeffrey Gettleman | .20 | 146.00 | Correspond with D. Seligman re T. Meyers inquiry re upcoming status |

Corus Bankshares, Inc.
   10 Creditor Communications

Legal Services for the Period Ending April 30, 2011

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 4/12/11 | Jeffrey Gettleman | .50 | 365.00 | Correspond with S. Gross re logistics for April 13 creditor meeting (.2); correspond with K. Crow re same (.1); correspond with S. Ahmed and S. Gross re creditor's comments to confidentiality agreement (.1); correspond with D. Seligman re issues re April 13 creditor meeting (.1). |
| 4/12/11 | Jeffrey Gettleman | .70 | 511.00 | Telephone conference with S. Roy re Tricadia letter to Committee (.1); correspond with B. Pfeiffer re Tricadia response to Committee (.1); correspond with D. Seligman re Tricadia response to Committee (.1); telephone conference with B. Pfeiffer re Tricadia response to Committee letter (.3); correspond with D. Seligman re Tricadia response to Committee letter (.1). |
| 4/13/11 | David Seligman, P.C. | 2.20 | 2,046.00 | Office conference with creditors re case status and developments (1.8); correspond with company and working group re same (.4). |
| 4/13/11 | Jeffrey Gettleman | .40 | 292.00 | Telephone conference with T. Meyers re April 14 hearing issues (.3); follow-up correspondence with T. Meyers re same (.1). |
| 4/13/11 | Jeffrey Gettleman | .10 | 73.00 | Correspond with S. Gross and creditor re executed confidentiality agreement re April 13 creditor meeting. |
| 4/13/11 | Samuel M Gross | 5.70 | 3,648.00 (-$896.00) ⑤ | Office conference with creditors re proposed resolutions to open issues (1.4); research legal issues raised at same (1.5); draft proposed resolutions re same (1.7); legal research re potential objections to same (1.1). |
| 4/13/11 | Keith S Crow, P.C. | 1.70 | 1,640.50 | Office conference with TOPrS creditor re inquiries re plan and |

Corus Bankshares, Inc.
    8 Contested Matters, Adversary Proceedings

Legal Services for the Period Ending April 30, 2011

### DISBURSEMENT DETAIL

| Date | Description | Amount |
|---|---|---|
| 3/07/11 | WEST, Computer Database Research, GETTLEMAN JEFFREY, 3/7/2011 | 18.96 |
| 3/11/11 | WEST, Computer Database Research, HASBANI, INBAL, 3/11/2011 | 70.69 |
| 3/13/11 | WEST, Computer Database Research, HASBANI, INBAL, 3/13/2011 | 231.21 |
| 4/01/11 | Standard Prints | 6.20 |
| 4/01/11 | Standard Prints | .40 |
| 4/01/11 | Standard Prints | 14.00 |
| 4/03/11 | Daniel Brown, Working Meal/K&E Only, (Overtime Meal-Attorney) Chicago Meal Reimbursement expense ⑥ | 6.88  (-$6.88) |
| 4/04/11 | Standard Prints | 1.20 |
| 4/05/11 | Standard Prints | 3.10 |
| 4/06/11 | PACER SERVICE CENTER, Computer Database Research, 1/1/2011 to 3/31/2011 | 4.48 |
| 4/06/11 | PACER SERVICE CENTER, Computer Database Research, 1/1/2011 to 3/31/2011 | .08 |
| 4/07/11 | Standard Prints | .60 |
| 4/07/11 | Standard Prints | .40 |
| 4/07/11 | Standard Prints | 1.00 |
| 4/08/11 | Standard Prints | .40 |
| 4/13/11 | Standard Prints | .10 |
| 4/22/11 | Standard Prints | 1.20 |

Total Disbursements      $ 360.90