UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 10 B 26881 |
| | ) | |
| CORUS BANKSHARES, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Pamela S. Hollis |

**ORDER ENTERING FINDINGS OF FACT AND CONCLUSIONS OF LAW AWARDING TO FTI CONSULTING, INC., FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, ALLOWANCE AND PAYMENT OF THIRD INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES [EOD # 484]**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 105,902.00 | TOTAL COSTS REQUESTED: | $ 2,918.89 |
| TOTAL FEES REDUCED: | $ 5,754.00 | TOTAL COSTS REDUCED: | $ 221.22 |
| TOTAL FEES ALLOWED: | $ 100,148.00 | TOTAL COSTS ALLOWED: | $ 2,697.67 |

**TOTAL FEES AND COSTS ALLOWED: $ 102,845.67**

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES WHICH HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION WHICH APPEARS NEXT TO EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

**(2) Reimbursement Limited to Actual, Necessary Expenses**

The court denies the allowance of reimbursement for expenses which were not actually and necessarily incurred by the applicant. See 11 U.S.C. §§ 330(a)(1)(B) and 331.

**(5) Duplication of Services**

The court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. See 11 U.S.C. § 330(a)(4)(A)(i). Also, when more than one attorney appears in court on a motion or argument or for a conference, no fee should be sought for non-participating counsel. In re Pettibone, 74 B.R. 293, 307 (Bankr. N.D. Ill. 1987) ("A debtor's estate should not bear the burden of duplication of services. If found in the record, such duplication shall be disallowed by the court as unnecessary.").

**(13)   No Benefit to the Estate**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). An attorney's internal work to determine whether the attorney's firm satisfies the disinterestedness requirement of section 327 of the Bankruptcy Code does not provide benefit to the estate and is not compensable.

IT IS SO ORDERED.

ENTERED:

Date:   JUL 1 4 2011

PAMELA S. HOLLIS
United States Bankruptcy Judge

EXHIBIT C
CORUS BANKSHARES, INC. CASE NO. 10-26881
DETAIL OF TIME ENTRIES
*FOR THE PERIOD JANUARY 1, 2011 TO JANUARY 31, 2011*

| Task Category | Date | Professional | Hours | Activity | Total Fees |
|---|---|---|---|---|---|
| 20 | 1/14/2011 | Scruton, Andrew | 0.5 | Update with Debtors on transition plans | 447.50 |
| 20 | 1/26/2011 | Cordasco, Michael | 3.3 | Transition planning meeting with Debtors | 2,458.50 |
| 20 | 1/26/2011 | Scruton, Andrew | 4.5 | Transition planning meeting with Debtors | 4,027.50 |
| **20 Total** | | | **8.9** | | **7,470.50** |
| 21 | 1/7/2011 | Scruton, Andrew | 0.5 | Update on case status with Counsel | 447.50 |
| 21 | 1/13/2011 | Scruton, Andrew | 0.4 | Update with Counsel on transition planning | 358.00 |
| 21 | 1/14/2011 | Cordasco, Michael | 0.3 | Call with Counsel to discuss transition list | 223.50 |
| 21 | 1/14/2011 | Scruton, Andrew | 0.7 | Update with Counsel on transition planning | 626.50 |
| 21 | 1/24/2011 | Cordasco, Michael | 0.2 | Discussion with Counsel re: in-person meeting | 149.00 |
| **21 Total** | | | **2.1** | | **1,804.50** |
| 24 | 1/7/2011 | Hellmund-Mora, Marili | 0.6 | Prepare December 2010 fee statement. | 150.00 |
| 24 | 1/7/2011 | Korsman, Lynn | 1.8 | Prepare December 2010 fee statement. | 954.00 |
| 24 | 1/7/2011 | Korsman, Lynn | 1.1 | Prepare December 2010 fee statement. | 583.00 |
| 24 | 1/10/2011 | Korsman, Lynn | 1.6 | Prepare second interim fee application. | 848.00 |
| 24 | 1/12/2011 | Korsman, Lynn | 0.6 | Prepare December 2010 fee statement. | 318.00 |
| 24 | 1/14/2011 | Star, Samuel | 0.2 | Review fee application | 179.00 |
| 24 | 1/26/2011 | Korsman, Lynn | 1.1 | Prepare second interim fee application. | 583.00 |
| **24 Total** | | | **7.0** | | **3,615.00** |
| 25 | 1/25/2011 | Cordasco, Michael | 2.0 | Non-working travel time NYC/Chicago | 1,490.00 |
| 25 | 1/26/2011 | Cordasco, Michael | 4.2 | Non-working travel time NYC/Chicago | 3,129.00 |
| 25 | 1/26/2011 | Scruton, Andrew | 3.0 | Non-working travel time NYC/Chicago | 2,685.00 |
| **25 Total** | | | **9.2** | | **7,304.00** |
| **Grand Total** | | | **35.4** | | **25,823.50** |

⑬

(−$3,652)

**EXHIBIT E**
**CORUS BANKSHARES, INC. CASE NO. 10-26881**
**DETAIL OF EXPENSES**
*FOR THE PERIOD JANUARY 1, 2011 TO JANUARY 31, 2011*

| Professional | Date | Description | Ground Transportation | Airfare | Lodging | Business Meals | Other | Total |
|---|---|---|---|---|---|---|---|---|
| Bellazain-Harris, Sheba | 1/5/11 | Electronic Data - Pacer Service Center | | | | | 30.80 | 30.80 |
| | | Total | 0.00 | 0.00 | 0.00 | 0.00 | 30.80 | 30.80 |
| Cordasco, Michael | 1/25/11 | Out of town meal/dinner for self. | | | | 18.00 | | 18.00 |
| Cordasco, Michael | 1/26/11 | Out of town meal/breakfast for self. | | | | 9.00 | | 9.00 |
| Cordasco, Michael | 1/26/11 | Out of town meal/dinner for self. | | | | 21.00 | | 21.00 |
| Cordasco, Michael | 1/26/11 | Lodging in Chicago - 1 night (01/25/2011 - 01/26/2011). | | | 197.20 | | | 197.20 |
| Cordasco, Michael | 1/26/11 | One way taxi from O'Hare airport to Downtown Marriott | 48.00 | | | | | 48.00 |
| Cordasco, Michael | 1/26/11 | Roundtrip coach airfare - EWR/ORD (01/25/2011 - 01/26/2011) to attend in person transition meeting with Debtors | | 969.00 | | | | 969.00 |
| | | Total | 48.00 | 969.00 | 197.20 | 48.00 | 0.00 | 1,262.20 |
| Scruton, Andrew | 12/15/10 | Roundtrip coach airfare - LGA/ORD (12/15/2010 - 12/15/2010) to attend in person transition meeting with Debtor / K&E | | 411.40 | | | | 411.40 |
| Scruton, Andrew | 12/15/10 | Travel Agent Fees. Agency service fee for round trip airfare-NY-Chicago-NY | | | | | 32.00 | 32.00 |
| Scruton, Andrew | 12/16/10 | One way taxi - ORD airport to court hearing | 36.27 | | | | | 36.27 |
| Scruton, Andrew | 12/16/10 | Flight change fee (ORD to LGA) | | | | | 50.00 | 50.00 |
| Scruton, Andrew | 12/16/10 | Car Service - home to LGA airport. | 55.40 | | | | | 55.40 |
| Scruton, Andrew | 12/16/10 | Taxi - court to ORD airport. | 55.00 | | | | | 55.00 |
| Scruton, Andrew | 1/26/11 | Travel Agent Fees. Agency service fee for airfare-NY-Chicago-PHL. Proessional was flying to from ORD to PHL for another client | | | | | 32.00 | 32.00 |
| Scruton, Andrew | 1/26/11 | Coach airfare - LGA - ORD - PHL, 01/26/2011 - 01/26/2011. Proessional was flying from ORD to PHL for another client meeting. ② | | 496.40 (-$85.00) | | | | 496.40 |
| Scruton, Andrew | 1/26/11 | Flight change fee (ORD to PHL) ② | | | | | (-$29.00) 29.00 | 29.00 |
| Scruton, Andrew | 1/26/11 | Taxi - home to LGA airport. | 52.00 | | | | | 52.00 |
| Scruton, Andrew | 1/26/11 | Taxi - ORD airport to meeting with Debtors | 45.00 | | | | | 45.00 |
| | | Total | 243.67 | 907.80 | 0.00 | 0.00 | 143.00 | 1,294.47 |
| | | | $ 291.67 | $ 1,876.80 | $ 197.20 | $ 48.00 | $ 173.80 | $ 2,587.47 |

EXHIBIT C
CORUS BANKSHARES, INC. CASE NO. 10-26881
DETAIL OF TIME ENTRIES
FOR THE PERIOD FEBRUARY 1, 2011 TO FEBRUARY 28, 2011

| Task Category | Date | Professional | Hours | Activity | Total Fees |
|---|---|---|---|---|---|
| 21 | 2/2/2011 | Star, Samuel | 0.2 | Conference call with Committee re: case status. (E) (-$179.00) | 179.00 |
| 21 | 2/2/2011 | Scruton, Andrew | 0.8 | Conference call with Committee re: case status. | 716.00 |
| 21 | 2/2/2011 | Cordasco, Michael | 0.6 | Call with counsel to prepare for UCC call | 447.00 |
| 21 | 2/2/2011 | Cordasco, Michael | 0.4 | Call with counsel to discuss voting | 298.00 |
| 21 | 2/2/2011 | Cordasco, Michael | 0.6 | Status update call with committee | 447.00 |
| 21 | 2/7/2011 | Scruton, Andrew | 1.1 | Update with Counsel on plan voting | 984.50 |
| 21 | 2/8/2011 | Cordasco, Michael | 0.3 | Call with counsel re: voting status | 223.50 |
| 21 | 2/9/2011 | Scruton, Andrew | 1.5 | Updates with Committee and Counsel on plan process and next steps | 1,342.50 |
| 21 | 2/9/2011 | Cordasco, Michael | 0.6 | Status update call with committee | 447.00 |
| 21 | 2/11/2011 | Scruton, Andrew | 0.5 | Update on plan discussions | 447.50 |
| 21 | 2/16/2011 | Scruton, Andrew | 0.5 | Update with Counsel on meeting with large debt holder | 447.50 |
| 21 | 2/16/2011 | Cordasco, Michael | 0.2 | Call with counsel re: voting | 149.00 |
| 21 | 2/18/2011 | Scruton, Andrew | 0.5 | Discussion with Committee re: meeting on Plan | 447.50 |
| 21 | 2/24/2011 | Scruton, Andrew | 0.4 | Update with Counsel re: a large debt holder | 358.00 |
| 21 | 2/28/2011 | Scruton, Andrew | 0.5 | Update from Counsel | 447.50 |
| 21 | 2/28/2011 | Cordasco, Michael | 0.3 | Call with counsel re: claims estimates | 223.50 |
| **21 Total** | | | **9.8** | | **8,201.00** |
| 22 | 2/2/2011 | Cordasco, Michael | 0.4 | Call with holder re: case update | 298.00 |
| 22 | 2/7/2011 | Scruton, Andrew | 0.6 | Call with holder re: voting | 537.00 |
| 22 | 2/10/2011 | Scruton, Andrew | 0.5 | Call with holder re: voting | 447.50 |
| 22 | 2/22/2011 | Scruton, Andrew | 0.5 | Call with holder to discuss plan | 447.50 |
| **22 Total** | | | **2.0** | | **1,730.00** |
| 23 | 2/8/2011 | Cordasco, Michael | 0.2 | Review K&E supplemental affidavit re: conflicts | 149.00 |
| **23 Total** | | | **0.2** | | **149.00** |
| 24 | 2/9/2011 | Hellmund-Mora, Marili | 0.6 | Prepare January 2011 fee statement. | 150.00 |
| 24 | 2/11/2011 | Korsman, Lynn | 1.6 | Prepare January 2011 fee statement. | 848.00 |
| 24 | 2/16/2011 | Korsman, Lynn | 0.6 | Review January fee statement. | 318.00 |
| 24 | 2/16/2011 | Hellmund-Mora, Marili | 0.4 | Prepare January 2011 fee statement. | 100.00 |
| 24 | 2/17/2011 | Hellmund-Mora, Marili | 0.7 | Review December fee statement. | 175.00 |

EXHIBIT E
CORUS BANKSHARES, INC. CASE NO. 10-26881
DETAIL OF EXPENSES
*FOR THE PERIOD FEBRUARY 1, 2011 TO FEBRUARY 28, 2011*

| Professional | Date | Description | Ground Transportation | Airfare | Lodging | Business Meals | Other | Total |
|---|---|---|---|---|---|---|---|---|
| Cordasco, Michael | 1/26/11 | One - way car service from home to Newark Airport | 219.32 | (2) (−$107.22) | | | | |
| Cordasco, Michael | 1/26/11 | One - way car service from Newark Airport to home | 112.10 | | | | | |
| | | Total | 331.42 | - | - | - | - | - |
| | | Grand Total | $ 331.42 | $ - | $ - | $ - | $ - | $ - |

EXHIBIT C
CORUS BANKSHARES, INC. CASE NO. 10-26881
DETAIL OF TIME ENTRIES
*FOR THE PERIOD MARCH 1, 2011 TO MARCH 31, 2011*

| Task Category | Date | Professional | Hours | Activity | Total Fees |
|---|---|---|---|---|---|
| 16 | 3/16/2011 | Cordasco, Michael | 0.4 | Review Tricadia proposal | 298.00 |
| 16 | 3/18/2011 | Star, Samuel | 0.5 | Review recent pleadings re: exclusivity. | 447.50 |
| 16 | 3/18/2011 | Star, Samuel | 0.5 | Develop questions/responses to Tricadia asks. | 447.50 |
| 16 | 3/18/2011 | Cordasco, Michael | 0.3 | Review recent pleadings re: exclusivity. | 223.50 |
| 16 | 3/20/2011 | Star, Samuel | 0.7 | Discussion with Counsel re: exclusivity motion and Tricadia asks. | 626.50 |
| 16 | 3/20/2011 | Cordasco, Michael | 0.7 | Call with Counsel to prepare for upcoming Committee call | 521.50 |
| 16 | 3/21/2011 | Cordasco, Michael | 0.3 | Review status conference transcript | 223.50 |
| 16 | 3/21/2011 | Cordasco, Michael | 0.4 | Review Tricadia mark-up of POR | 298.00 |
| 16 | 3/23/2011 | Star, Samuel | 0.8 | Review and comment on exclusivity response and POR issues. | 716.00 |
| 16 | 3/23/2011 | Star, Samuel | 0.2 | Discussion with Counsel re: exclusivity and POR issues. | 179.00 |
| 16 | 3/24/2011 | Star, Samuel | 0.6 | Review revised draft of exclusivity response and Tricadia letter. | 537.00 |
| 16 | 3/25/2011 | Star, Samuel | 0.2 | Review voting issues. | 179.00 |
| 16 | 3/29/2011 | Scruton, Andrew | 0.5 | Review voting issues. | 447.50 |
| 16 | 3/30/2011 | Star, Samuel | 0.3 | Discussions with A. Scruton re: POR issues. | 268.50 |
| 16 | 3/30/2011 | Scruton, Andrew | 1.8 | Review of Tricadia filings re: hearing | 1,611.00 |
| 16 | 3/31/2011 | Star, Samuel | 0.3 | Review and comment on Tricadia response. | 268.50 |
| 16 | 3/31/2011 | Star, Samuel | 0.2 | Conference call with Committee re: exclusivity hearing. ⑤ (-$179.00) | 179.00 |
| 16 | 3/31/2011 | Star, Samuel | 0.5 | Discussions with A. Scruton re: POR issues. | 447.50 |
| 16 | 3/31/2011 | Star, Samuel | 0.5 | Identify potential Plan Administrator candidates. | 447.50 |
| 16 | 3/31/2011 | Korsman, Lynn | 2.1 | Review research re: Plan Administrator candidates. | 1,113.00 |
| **16 Total** | | | **22.3** | | **17,344.50** |
| 17 | 3/1/2011 | Korsman, Lynn | 0.8 | Revise cash flow projections. | 424.00 |
| 17 | 3/2/2011 | Korsman, Lynn | 2.3 | Revise cash flow projections. | 1,219.00 |
| 17 | 3/2/2011 | Cordasco, Michael | 0.5 | Call to discuss wind-down budget / scenario analysis | 372.50 |
| 17 | 3/2/2011 | Cordasco, Michael | 0.5 | Review disc. statement re: participation loans / FDIC claims for wind-down budget | 372.50 |
| 17 | 3/3/2011 | Korsman, Lynn | 1.3 | Revise cash flow projections. | 689.00 |
| 17 | 3/6/2011 | Scruton, Andrew | 0.5 | Review liquidation budgets | 447.50 |
| 17 | 3/7/2011 | Korsman, Lynn | 0.8 | Prepare cash flow forecast. | 424.00 |
| 17 | 3/7/2011 | Cordasco, Michael | 0.8 | Review revised draft wind-down budget | 596.00 |

EXHIBIT C
CORUS BANKSHARES, INC. CASE NO. 10-26881
DETAIL OF TIME ENTRIES
*FOR THE PERIOD MARCH 1, 2011 TO MARCH 31, 2011*

| Task Category | Date | Professional | Hours | Activity | Total Fees |
|---|---|---|---|---|---|
| 22 | 3/8/2011 | Scruton, Andrew | 0.8 | Update with debt holder re: case status | 716.00 |
| 22 | 3/9/2011 | Scruton, Andrew | 0.7 | Calls with debt holder re: case status | 626.50 |
| 22 | 3/24/2011 | Star, Samuel | 0.2 | Telephone call with claim holder re: case status. | 179.00 |
| 22 | 3/25/2011 | Star, Samuel | 0.2 | Discussion with claim holder re: case status. | 179.00 |
| 22 | 3/28/2011 | Star, Samuel | 0.2 | Telephone call with claims purchaser re: case status. | 179.00 |
| **22 Total** | | | **5.7** | | **5,101.50** |
| 23 | 3/22/2011 | Star, Samuel | 0.1 | Review connections check. | 89.50 |
| 23 | 3/23/2011 | Korsman, Lynn | 1.1 | Review potential disclosures related to Corus relationships. | 583.00 |
| 23 | 3/30/2011 | Korsman, Lynn | 0.8 | Review potential disclosures related to Corus Bankshares, Inc. relationships. | 424.00 |
| 23 | 3/31/2011 | Korsman, Lynn | 0.8 | Review potential disclosures related to Corus Bankshares, Inc. relationships. | 424.00 |
| 23 | 3/31/2011 | Cordasco, Michael | 0.3 | Connection check update | 223.50 |
| **23 Total** | | | **3.1** | | **1,744.00** |
| 24 | 3/17/2011 | Korsman, Lynn | 1.3 | Prepare February 2011 fee statement. | 689.00 |
| 24 | 3/18/2011 | Korsman, Lynn | 0.8 | Prepare February 2011 fee statement. | 424.00 |
| 24 | 3/21/2011 | Hellmund-Mora, Marili | 0.4 | Prepare February 2011 fee statement. | 100.00 |
| 24 | 3/22/2011 | Star, Samuel | 0.2 | Review February bill. | 179.00 |
| 24 | 3/22/2011 | Korsman, Lynn | 0.8 | Revise February 2011 fee statement. | 424.00 |
| 24 | 3/30/2011 | Hellmund-Mora, Marili | 0.8 | Prepare February 2011 fee statement. | 200.00 |
| **24 Total** | | | **4.3** | | **2,016.00** |
| **Grand Total** | | | **63.5** | | **47,980.50** |

*Handwritten annotations: "13" circled next to category 23; "(-$1,744.00)" next to 23 Total.*