# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 10 B 26881 |
| | ) | |
| CORUS BANKSHARES, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Pamela S. Hollis |

## ORDER ENTERING FINDINGS OF FACT AND CONCLUSIONS OF LAW AWARDING TO NEAL, GERBER & EISENBERG, LOCAL COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, ALLOWANCE AND PAYMENT OF THIRD INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES [EOD # 483]

| | | | | |
|---|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 27,109.50 | | TOTAL COSTS REQUESTED: | $ 56.69 |
| TOTAL FEES REDUCED: | $ 1,279.00 | | TOTAL COSTS REDUCED: | $ 0 |
| TOTAL FEES ALLOWED: | $ 25,830.50 | | TOTAL COSTS ALLOWED: | $ 56.69 |

## TOTAL FEES AND COSTS ALLOWED:  $ 25,887.19

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES WHICH HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION WHICH APPEARS NEXT TO EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

**(4)    Insufficient Description**

The court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. In re Pettibone, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted.] Records which give no explanation of the activities performed are not compensable."); In re Wildman, 72 B.R. 700, 708-709 (Bankr. N.D. Ill. 1987) (same).

**(5)    Duplication of Services**

The court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. See 11 U.S.C. § 330(a)(4)(A)(i). Also, when more than one attorney appears in court on a motion or argument or for a conference, no fee should be sought for non-participating counsel. In re Pettibone, 74 B.R. 293, 307 (Bankr. N.D. Ill. 1987) ("A

debtor's estate should not bear the burden of duplication of services.  If found in the record, such duplication shall be disallowed by the court as unnecessary.").


IT IS SO ORDERED.

                                        ENTERED:



Date: _____          _____
      JUL 1 4 2011                      PAMELA S. HOLLIS
                                        United States Bankruptcy Judge

NEAL, GERBER & EISENBERG LLP

February 25, 2011
Invoice 180877

Statement No: 180877

For professional services rendered with regard to:

Re:    Case Administration

| | | | | |
|---|---|---|---|---|
| Jan 5, 2011 | DMG | Teleconference with M. Renoff (creditor) regarding status of plan/disclosure statement and related FDIC tax appeal litigation (.4); correspondence with M. Berkoff regarding same (.1). | 0.50 | 237.50 |
| Jan 7, 2011 | DMG | Teleconference with M. Plitman regarding status of plan/disclosure statement and related post-confirmation issues (.3); teleconference with M. Renoff regarding Tax Appeal litigation (.1). | 0.40 | 190.00 |
| Jan 12, 2011 | MAB | Review Debtor's monthly operating report (.10). | 0.10 | 67.00 |
| Jan 13, 2011 | MAB | Office conference with D. Gutfeld on status (.10); review and edit December pre-bill (.20); organize files (.30). | 0.60 | 402.00 |

④  ( - $201.00 )

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| M. A. Berkoff | 0.70 | 670.00 | $469.00 |
| D. M. Gutfeld | 0.90 | 475.00 | $427.50 |

TOTAL HOURS                          1.60

TOTAL FEES                                                              $896.50

                                    **TOTAL FEES**        $896.50

**NEAL, GERBER & EISENBERG**LLP
March 28, 2011
Invoice 182753

|  |  |  | transfers (.30); correspondence with T. Meyers and R. Rahmann related to status of plan and budget (.50). |  |  |
| --- | --- | --- | --- | --- | --- |
| Feb 25, 2011 | MAB | | Review pleadings and e-mails; organize files. | 0.60 | 402.00 |

④  ( − $402.00 )

### TIMEKEEPER SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
| --- | --- | --- | --- |
| M. A. Berkoff | 0.90 | 670.00 | $603.00 |
| D. M. Gutfeld | 3.10 | 475.00 | $1,472.50 |

TOTAL HOURS    4.00

TOTAL FEES    $2,075.50

**TOTAL FEES**    **$2,075.50**

**NEAL, GERBER & EISENBERG**LLP

April 19, 2011
Invoice 183986

Statement No: 183986

For professional services rendered with regard to:

Re:   <u>Case Administration</u>

| | | | | |
|---|---|---|---|---|
| Mar 1, 2011 | MAB | Telephone conference with D. Gutfeld regarding covering Committee call today, court on 3/2 and filing fee statement. | 0.10 | 67.00 |
| Mar 2, 2011 | MAB | Review e-mail report regarding today's hearing. | 0.10 | 67.00 |
| Mar 15, 2011 | MAB | Office conference with D. Gutfeld regarding outcome of today's hearing (.10); review e-mails from T. Meyers (.20). | 0.30 | 201.00 |
| Mar 18, 2011 | MAB | Exchange e-mails (.20). Also, review Debtor's second motion to extend exclusivity and Seligman's 2019 affidavit (.40). Also, e-mails with Committee (.20). | 0.80 | 536.00 |
| Mar 21, 2011 | MAB | Review pleadings.   ④  (- $201.00) | 0.30 | 201.00 |
| Mar 29, 2011 | MAB | Review e-mails regarding new issues and March 30 court (.20). | 0.20 | 134.00 |
| Mar 30, 2011 | MAB | Review exchange of e-mails regarding March 31 court, committee call, issues to be discussed on call and omnibus hearing agenda (.30). | 0.30 | 201.00 |
| Mar 31, 2011 | MAB | De-brief with D. Gutfeld regarding court (.10); review e-mail exchanges to/from Committee (.20). Also, review Tricadia reply (.30). | 0.60 | 402.00 |

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| M. A. Berkoff | 2.70 | 670.00 | $1,809.00 |

TOTAL HOURS          2.70

**NEAL, GERBER & EISENBERG** LLP
April 19, 2011
Invoice 183986

Statement No: 183986

For professional services rendered with regard to:

Re:    <u>Meetings of Creditors</u>

| | | | | |
|---|---|---|---|---|
| Mar 11, 2011 | MAB | Prepare for 3/14 Committee call including review of Todd's e-mails and plan (1.30). | 1.30 | 871.00 |
| Mar 14, 2011 | MAB | Attend Committee call (1.10); debrief with D. Gutfeld (.10); review follow up e-mail from T. Meyers (.10). | 1.30 | 871.00 |
| Mar 14, 2011 | DMG | Prepare for and participate in conference call with Committee members/professionals to discuss strategy with respect to Plan and Tricadia. | 1.00 | 475.00 |
| Mar 23, 2011 | DMG | Review correspondence from Bank of America regarding Committee member resignation (.20) and correspondence from T. Meyers regarding same (.20). | 0.40 | 190.00 |

⑤ (— $475.00)

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| M. A. Berkoff | 2.60 | 670.00 | $1,742.00 |
| D. M. Gutfeld | 1.40 | 475.00 | $665.00 |
| TOTAL HOURS | 4.00 | | |
| TOTAL FEES | | | <u>$2,407.00</u> |

**TOTAL FEES**      **$2,407.00**