**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 10 B 26881 |
| | ) | |
| CORUS BANKSHARES, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Pamela S. Hollis |

**ORDER ENTERING FINDINGS OF FACT AND CONCLUSIONS OF LAW AWARDING TO KILPATRICK STOCKTON LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, ALLOWANCE AND PAYMENT OF THIRD INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES [EOD # 482]**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 157,341.75 | TOTAL COSTS REQUESTED: | $ 6,908.63 |
| TOTAL FEES REDUCED: | $      944.50 | TOTAL COSTS REDUCED: | $    366.00 |
| TOTAL FEES ALLOWED: | $ 156,397.25 | TOTAL COSTS ALLOWED: | $ 6,542.63 |

**TOTAL FEES AND COSTS ALLOWED:   $ 162,939.88**

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES WHICH HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION WHICH APPEARS NEXT TO EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

**(6)   Meal Expenses**

The court denies the allowance of reimbursement of this meal expense. In re Convent Guardian Corp., 103 B.R. 937, 942 (Bankr. N.D. Ill. 1989) ("[I]t is highly unlikely that counsel could prove that the meal expenses were reasonably necessary for the proper representation of the debtor. . . . If the attorney were not working on the case, he would still have to eat. Accordingly, the court finds that, except in very limited circumstances, local meals are not reasonably necessary for the proper representation of the client.").

**(7)   Lumping**

The court may impose a ten percent penalty for "lumping." In re Wildman, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by 'lumping' a bunch of activities into a single entry. [Citation omitted.] Each type of service should be listed with the corresponding specific time allotment.").

**(13)   No Benefit to the Estate**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). An attorney's internal work to determine whether the attorney's firm satisfies the disinterestedness requirement of section 327 of the Bankruptcy Code does not provide benefit to the estate and is not compensable.

IT IS SO ORDERED.

ENTERED:

Date: JUL 1 4 2011

PAMELA S. HOLLIS
United States Bankruptcy Judge

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/24/2011 | TCM | Telephone conference with Jeff Gettlemen regarding various issues (.2); email FTI regarding Mint loan issues (.1); conference with Robbin Rahman regarding meeting issues (.1); telephone conference Andy Scruton regarding same (.2); review various documents for transition meeting (1.1). | 1.70 | 1,232.50 |
| 01/25/2011 | TCM | Review emails regarding open items for meeting (.1); email exchange with Mike Cordasco regarding same (.1); review email regarding access agreement (.1). | 0.30 | 217.50 |
| 01/25/2011 | RR | Telephone conference with T. Meyers regarding transition meeting (.3) review and analyze plan, disclosure statement and plan administrator agreement regarding transition meeting (1.3) | 1.60 | 672.00 |
| 01/26/2011 | RR | Meeting with debtors regarding transition following confirmation of Plan and travel to airport. | 4.20 | 882.00 |
| 01/26/2011 | TCM | Meeting with Robbin Rahman and Mike Cordasco regarding transition (.5); meeting with debtor regarding same and travel to airport (4.2); email exchanges with Jeff Gettlemen and Andy Scruton regarding transition issue follow-up (.2). | 4.90 | 3,552.50 |
| 01/27/2011 | RR | Telephone conferences with various creditors regarding summary of plan and timetable for voting/confirmation, etc. (.5); review and revise work in process report per meeting with debtor regarding transition tasks (.6). | 1.10 | 462.00 |
| 01/27/2011 | MRH | Conference with R. Rahman regarding state court lawsuits pending against Debtor. | 0.10 | 26.50 |
| 01/28/2011 | TCM | Review IP search (.2); email exchange with debtor regarding return premiums (.1); conference with Robbin Rahman regarding FDIC and other issues other issues (.2). | 0.50 | 362.50 |
| 01/28/2011 | LSC | Draft and electronically file notice of law firm name change. | 0.20 | 44.00 |
| 01/29/2011 | TCM | Review breakdown of monthly debtor expenses. | 0.20 | 145.00 |
| 01/31/2011 | MRH | Review Corus WIP Report and Kirkland summaries of state court lawsuits pending against Debtor (.3); perform revisions to same WIP Report (.2). | 0.50 | 132.50 |
| 01/31/2011 | TCM | Email exchanges with Jeff Gettlemen and Robbin Rahman regarding status (.2); review debtor letter (.1). | 0.30 | 217.50 |
| | | *Task Subtotal* | *22.20* | *11,319.00* |

Handwritten annotation next to LSC entry: ⑬ (-$44.00)

### B130 - Case Administration and Analysis Summary

| Summary | Timekeeper Name | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| TCM | Todd C. Meyers | 10.00 | 725.00 | 7,250.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/13/2011 | RR | Draft and respond to emails from debtors regarding interim fee applications (.3); draft and revise emails to other professionals regarding same (.1). | 0.40 | 168.00 |
| 01/14/2011 | TCM | Email exchange with Robbin Rahman regarding fee applications. | 0.10 | 72.50 |
| 01/19/2011 | RR | Draft and revise emails to T. Meyers regarding status of fee applications. | 0.20 | 84.00 |
| 01/21/2011 | RR | Conference with L. Canty regarding conflicts search for supplemental disclosures (.4); review original retention application regarding same (.2) ⑬ (- $252.00) | 0.60 | 252.00 |
| 01/24/2011 | LSC | Draft correspondence to L. Korsman regarding second interim fee application. | 0.10 | 22.00 |
| 01/26/2011 | LSC | Begin drafting December monthly fee statement. | 0.80 | 176.00 |
| 01/27/2011 | LSC | Continued preparation of sixth monthly fee application and exhibits. | 3.80 | 836.00 |
| 01/27/2011 | RR | Review and revise fee application for December. | 1.30 | 546.00 |
| 01/28/2011 | RR | Review and revise monthly fee applications (1.0); draft and revise email to Committee regarding same (.2); attention to filing of same (.3). | 1.50 | 630.00 |
| 01/28/2011 | LSC | Revise, prepare, and electronically file KT and FTI's sixth monthly fee applications. | 0.40 | 88.00 |
| 01/28/2011 | TCM | Review fee application and exchange with Robbin Rahman regarding same. | 0.20 | 145.00 |
| | | **Task Subtotal** | **9.70** | **3,237.00** |

### B160 - Fee/Employment Applications Summary

| Summary | Timekeeper Name | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| TCM | Todd C. Meyers | 0.60 | 725.00 | 435.00 |
| RR | Robbin Rahman | 4.00 | 420.00 | 1,680.00 |
| LSC | La Asia S. Canty | 5.10 | 220.00 | 1,122.00 |
| | **Task Subtotal** | **9.70** | | **3,237.00** |

### B190 - Litigation General

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/05/2011 | TCM | Review motion to withdraw reference. | 0.40 | 290.00 |

## B160 - Fee/Employment Applications

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 02/07/2011 | RR | Review and analyze supplemental disclosures by debtor (.2); review and respond to emails of T. Meyers regarding same (.1). | 0.30 | 126.00 |
| 02/08/2011 | RR | Review emails from FTI regarding debtor's supplemental disclosures (.1); draft and revise emails to L. Canty and conflicts department regarding updating disclosures (.4). | 0.50 | 210.00 (- $168.00) |
| 02/08/2011 | LSC | Review documents and coordinate retrieval of additional information with respect to supplemental retention affidavit (.8); prepare second interim fee request (.5). | 1.30 | 286.00 (- $176.00) |
| 02/10/2011 | LSC | Begin drafting seventh monthly fee application. | 0.50 | 110.00 |
| 02/15/2011 | LSC | Review order granting first interim fee application (.1); review reduction of expenses and fees relating to same (.2). | 0.30 | 66.00 |
| 02/16/2011 | LSC | Draft certificates of no objection for KS and FTI's sixth monthly applications (.2); electronically file same (.1); serve same (.2). | 0.50 | 110.00 |
| 02/17/2011 | RR | Telephone conference with counsel for debtors regarding second interim fee applications (.3). | 0.30 | 126.00 |
| 02/18/2011 | RR | Review and revise second interim fee application (.8); conference with L. Canty regarding same (.2); review emails from FTI regarding same (.1). | 1.10 | 462.00 |
| 02/18/2011 | LSC | Revise and electronically file FTI's CNO regarding fifth monthly fee statement. | 0.10 | 22.00 |
| 02/22/2011 | LSC | Draft seventh monthly fee statement and exhibits to same. | 3.50 | 770.00 |
| 02/23/2011 | TCM | Review monthly fee application notice and conference with Robbin Rahman regarding same. | 0.20 | 145.00 |
| 02/23/2011 | RR | Review and revise second interim fee application (.6); draft and revise email to L. Canty regarding same (.2); telephone conference with L. Canty regarding fee apps (.2); draft and respond to emails from T. Meyers regarding same (.2). | 1.20 | 504.00 |
| 02/24/2011 | RR | Review and revise second interim fee application (1.2); conferences with L. Canty regarding same (.3); telephone conference with T. Meyers regarding same (.3); review and respond to emails from local counsel regarding same (.3); review and revise January fee application (1.2); conference with L. Canty regarding same (.3). | 3.60 | 1,512.00 |
| 02/24/2011 | TCM | Conference with Robbin Rahman regarding fee application. | 0.10 | 72.50 |
| 02/24/2011 | LSC | Calendar dates and deadlines with respect to monthly and interim fee requests. | 0.20 | 44.00 |

| Summary | Timekeeper Name | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| | Totals | 67.50 | | $34,229.00 |

Other Charges:

| | | |
|---|---|---|
| 12/15/2010 | Airfare expense of Todd C. Meyers for a trip to Chicago on 15 Dec 2010 - 16 Dec 2010 | 375.40 |
| 12/15/2010 | Meal expense (3) seperate meals of Todd C. Meyers on 15 Dec 2010 - 16 Dec 2010. | 92.52 |
| 12/15/2010 | Hotel expense of Todd C. Meyers for a trip to Chicago on 15 Dec 2010 | 177.02 |
| 12/15/2010 | Todd Meyers Travel Expenses: (1) Taxi From O'Hare ($49); Taxi Back To O'Hare ($53) and Parking @ Hartsfield Airport ($16.00). | 118.00 |
| 02/03/2011 | PACER Service Center-SGR: Pacer transactions for various clients | 0.88 |
| 02/09/2011 | PACER Service Center-Marcia Mandel-Internet Document Retrieval Service for various clients 10/1/10-12/31/10 | 15.76 |
| 02/09/2011 | PACER Service Center-TCM-Internet document retrieval service for various clients 10/1/2010-12/31/2010 | 20.56 |
| 02/11/2011 | Federal Express from Kilpatrick Stockton LLP (La Asia Canty) to Office of the United States T M Gretchen Silver) in CHICAGO IL on 02/01/11 Tracking #794377998197 | 13.85 |
| 02/15/2011 | PACER Service Center-Online document retrieval services for period 10/01/2010-12/31/2010 | 48.80 |
| 02/15/2011 | Meal expense of Todd C. Meyers on 15 Feb 2011  (6) (-$150.00) | 150.00 |
| | Document Reproduction | 20.30 |
| | Long Distance Charges | 162.28 |
| | Document Reproduction | 0.50 |
| | **Total Other Charges** | **$1,195.87** |

**TOTAL AMOUNT DUE THIS INVOICE**                                    $35,424.87

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/29/2011 | TCM | Tricadia research (3.0); telephone conference with Steve Cimalore regarding Tricadia (.4); email David Seligman regarding hearing (.1); telephone conference with Jeff Gettlemen and email committee regarding same (.2); telephone conference with Deb Gutfield regarding hearing (.1); email exchanges with Brian Pfeiffer regarding status (.1); exchanges regarding trustee conflict research (.2); review hearing agenda (.1). | 4.20 | 3,045.00 |
| 03/29/2011 | LSC | Retrieve additional pleadings for hearing (.1); coordinate appearance of counsel by telephone (.2). | 0.30 | 66.00 |
| 03/30/2011 | LSC | Follow up with chambers (2x) regarding telephonic appearance at hearing. | 0.10 | 22.00 |
| 03/30/2011 | RR | Review and analyze reply of Tricadia to Committee response to exclusivity motion (.4); telephone conferences with T. Meyers regarding same (.4); draft and revise email summarizing response to Tricadia's reply (1.0); draft and revise notice of filing regarding letter of committee to counsel for Tricadia (.5); review and respond to emails of T. Meyers regarding same (.3); telephone conference with debtors regarding hearing on exclusivity (.2) | 2.80 | 1,176.00 |
| 03/30/2011 | TCM | Telephone conferences with Andy Scruton regarding strategy (1.1); review plan regarding ability to avoid liquidation (.2); review Tricadia response and conference with Robbin Rahman regarding same (.5); telephone conference with Brian Pfeiffer regarding same (.3); telephone conference with Andy Scruton and further emails regarding same (.4); email exchange with Mark Prager regarding hearing (.1); telephone conference with Andy Scruton regarding same (.2). | 2.80 | 2,030.00 |
| 03/31/2011 | LSC | Electronically file Notice regarding committee letter to Tricadia's counsel. | 0.20 | 44.00 |
| 03/31/2011 | MRH | Conference with R. Rahman regarding issues relating to rejection of debtor's liquidating plan (.2); perform preliminary research regarding same (.2). | 0.40 | 106.00 |
| 03/31/2011 | TCM | Travel to and from court, prepare for hearing and meeting with Deb Gutfield, calls with Robbin Rahman and email exchanges regarding hearing (4.2); review notice of filing letter and with Robbin Rahman regarding same (.2); research Tricadia / Tepper (.5). | 4.90 | 3,552.50 (-$304.50) |
| 03/31/2011 | RR | Draft and revise notice of filing regarding letter to Tricadia (.5); draft and revise emails to T. Meyers and D. Gutfeld regarding same (.3); attend telephonic hearing on debtor's exclusivity motion (1.0); attend and participate in telephone conference with committee (.5). | 2.30 | 966.00 |

⑦

Case 10-26881    Doc 530    Filed 07/14/11    Entered 07/15/11 12:03:50    Desc Main
Document    Page 8 of 8

62303/399796    Case 10-26881    Doc 454-1    Filed 05/16/11    Entered 05/16/11 19:39:13    Desc    Page 15
Exhibits 1A - 3    Page 24 of 24

| Summary | Timekeeper Name | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| | Totals | 181.50 | | $93,389.75 |

*Other Charges:*

| Date | Description | Amount |
|---|---|---|
| 03/01/2011 | Airfare expense of Todd C. Meyers for a trip to Chicago on 01 Mar 2011 - 02 Mar 2011 | 533.40 |
| 03/01/2011 | Travel expense of Todd C. Meyers on 01 Mar 2011 - 02 Mar 2011 | 109.95 |
| 03/01/2011 | Meal expense of Todd C. Meyers on 01 Mar 2011 - 02 Mar 2011 | 83.97 |
| 03/02/2011 | Hotel expense of Todd C. Meyers for a trip to Chicago on 02 Mar 2011 ⓖ | 325.49 |
| 03/08/2011 | Tricadia Dinner: meal expense of Todd C. Meyers on 08 Mar 2011. (-$216.00) | 216.00 |
| 03/14/2011 | Westlaw On-Line Legal Research | 140.39 |
| 03/14/2011 | Airfare expense of Todd C. Meyers for a trip to Chicago on 14 Mar 2011 - 15 Mar 2011 | 533.40 |
| 03/14/2011 | Hotel expense of Todd C. Meyers for a trip to Chicago on 14 Mar 2011 | 348.46 |
| 03/14/2011 | Miscellaneous Travel expense(s) of Todd C. Meyers on March 14-15 2011: 2 taxi(s), parking, internet; business center charges. | 20.00 |
| 03/14/2011 | Meal expense of Todd C. Meyers on 14 Mar 2011 - 15 Mar 2011 | 83.54 |
| | Document Reproduction | 15.80 |
| | Long Distance Charges | 978.43 |
| | Document Reproduction | 3.00 |
| | **Total Other Charges** | $3,391.83 |

**TOTAL AMOUNT DUE THIS INVOICE**                         $96,781.58

US2008 2552501.1