F I L E D
UNITED STATES BANKRUPTCY COURT
NOR~~~~~ ~ISTRICT OF ILLINOIS

NOV 1 0 2011

KENNETH S. GARDNER, CLERK
PS REP. - LR

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| | ) | **Case No. 10-26881 (PSH)** |
| **CORUS BANKSHARES, INC.,**[1] | ) | |
| | ) | Hearing Date: December 1, 2011 at 10:30 a.m., C.T. |
| | ) | |
| | ) | Objection Deadline: November 25, 2011, 4:00 p.m., C.T. |
| **Debtor.** | ) | |
| | ) | |

## NOTICE OF HEARING ON FINAL FEE APPLICATION OF
## NEAL, GERBER & EISENBERG LLP AS COUNSEL TO THE OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS OF CORUS BANKSHARES, INC.

TO:    THE UNITED STATES TRUSTEE, THE DEBTOR, COUNSEL FOR THE DEBTOR, TRICADIA, ALL PARTIES LISTED IN THE INTERIM COMPENSATION ORDER, AND ALL OTHER PARTIES WHO REQUESTED NOTICE PURSUANT TO RULE 2002 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

   Pursuant to the *Debtor's Third Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (With Technical Modifications)* [Docket No. 674], attorneys for the Official Committee of Unsecured Creditors (the "Committee") for Corus Bankshares, Inc., hereby apply for final allowance of compensation and reimbursement of expenses (the "Final Fee Request") for the applications filed during the period from June 28, 2010 through and including October 27, 2011. Summaries of the fees and expenses subject to this Final Fee Request are summarized in the attachments hereto.

   **PLEASE TAKE NOTICE** that a hearing to consider approval of the Final Fee Request will be held before the Honorable Pamela S. Hollis, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Courtroom 644, Chicago, Illinois 60604, on **December 1, 2011 at 10:30 a.m., C.T.**

   **PLEASE TAKE FURTHER NOTICE** that any objection must be filed with the Court by **November 25, 2011 at 4:00 p.m., C.T.** and served by such time on: (a) counsel to the Official Committee of Unsecured Creditors, Attn: Todd C. Meyers, Esq. and Mark A. Berkoff, Esq.; (b) the Debtor: Corus Bankshares, Inc., 10 S. Riverside Plaza, Suite 1800, Chicago, IL 60606, Attn: Steven J. Antal, Esq.; (c) counsel to the Debtor; Attn: David R. Seligman, Esq. and Jeffrey W. Gettleman, Esq.(d) the Office of the United States Trustee for the Northern District of Illinois, 219 South Dearborn Street, Suite 873, Chicago, Illinois 60604, Attn: M. Gretchen

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: Corus Bankshares, Inc. (3592). The location of the Debtor's corporate headquarters and the service address for the Debtor is: 10 S. Riverside Plaza, Suite 1800, Chicago, IL 60606.

Silver; (e) Duane Morris LLP, 1540 Broadway, New York, New York 10035, Attn: Gerard S. Catalanello, Esq. and John R. Weiss, Esq.; and (f) those parties who have requested service of papers in this case pursuant to Bankruptcy Rule 2002 and the case management procedures approved by the Court in this case.

Dated: November 10, 2011

Respectfully submitted,

By: _/s/ Mark A. Berkoff_

NEAL, GERBER & EISENBERG LLP

Mark A. Berkoff (ARDC #06194787)
Two North LaSalle Street, Suite 1700
Chicago, IL 60602-3801
(312) 269-8000 (Telephone)
(312) 269-1747 (Facsimile)
mberkoff@ngelaw.com

*Counsel for the Official Committee
of Unsecured Creditors of Corus Bankshares, Inc.*

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| CORUS BANKSHARES, INC.,[1] | ) | Case No. 10-26881 (PSH) |
| | ) | |
| | ) | |
| Debtor. | ) | |

**FINAL APPLICATION OF NEAL, GERBER & EISENBERG LLP
AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF CORUS BANKSHARES, INC., FOR THE PERIOD FROM
JUNE 28, 2010 THROUGH AND INCLUDING OCTOBER 27, 2011**

| | |
|---|---|
| Name of Applicant: | Neal, Gerber & Eisenberg LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors of Corus Bankshares, Inc. |
| Date of Retention: | August 3, 2010, retroactive to June 28, 2010 |
| Period for which compensation and reimbursement is sought: | June 28, 2010 through and including October 27, 2011 |
| Amount of fees sought as actual, reasonable and necessary | $247,353.70[2] |
| Amount of expenses sought as actual, reasonable and necessary | $490.49 |

This is a(n):     ___  monthly          ___  interim          _✓_  final application

---

[1]  The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is:  Corus Bankshares, Inc. (3592).  The location of the Debtor's corporate headquarters and the service address for the Debtor is:  10 S. Riverside Plaza, Suite 1800, Chicago, IL  60606.

[2]  This amount has been modified to reflect the $5,333.80 in fees that were previously disallowed by this Court.  In addition, this amount includes estimated compensation in the amount of $4,811.50 in connection with the preparation and filing of this Application.

## SUMMARY OF MONTHLY AND INTERIM APPLICATIONS:

| Date Filed | Period Covered | Requested | | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|---|
| | | Fees | Expenses | | |
| 8/27/10 | 6/28/10-7/31/10 | $30,650.50 | $156.88 | $29,820.08 | $29,820.08 |
| 9/30/10 | 8/1/10-8/31/10 | $25,593.50 | $9.40 | $25,566.90 | $25,566.90 |
| 10/29/10 | 9/1/10-9/30/10 | $16,811.50 | $9.63 | $16,821.13 | $16,821.13 |
| **11/08/10**[3] | **6/28/10-9/30/10** | **$73,055.50** | **$175.91** | **$72,208.11** | **$72,208.11** |
| 11/22/10 | 10/1/10-10/31/10 | $22,988.50 | $56.40 | $21,754.90 | $21,754.90 |
| 12/21/10 | 11/1/10-11/30/10 | $21,232.50 | $45.60 | $19,794.60 | $19,794.60 |
| 1/27/11 | 12/1/10-12/31/10 | $10,017.50 | $108.49 | $9,867.99 | $9,867.99 |
| 3/1/11 | 1/1/11-1/31/11 | $5,587.50 | $16.69 | $5,403.19 | $5,403.19 |
| **3/2/11**[4] | **10/1/10-12/31/10** | **$54,238.50** | **$210.49** | **$51,417.49** | **$51,417.49** |
| 4/5/11 | 2/1/11-2/28/11 | $6,081.00 | $0.00 | $5,679.00 | $5,679.00 |
| 4/27/11 | 3/1/11-3/31/11 | $15,441.00 | $40.00 | $14,804.20 | $14,804.20 |
| 5/27/11 | 4/1/11-4/30/11 | $7,533.00 | $0.00 | $7,533.00 | $7,533.00 |
| **6/1/11**[5] | **1/1/11-3/31/11** | **$27,109.50** | **$56.69** | **$25,887.19** | **$25,886.39** |
| 6/24/11 | 5/1/11-5/31/11 | $17,369.00 | $0.00 | $17,369.00 | $17,369.00 |
| 7/28/11 | 6/1/11-6/30/11 | $14,474.00 | $47.40 | $14,521.40 | $14,521.40 |
| 8/24/11 | 7/1/11-7/31/11 | $15,127.00 | $0.00 | $12,101.60 | $12,101.60 |
| **8/24/11**[6] | **4/1/11-6/30/11** | **$39,376.00** | **$47.40** | **$39,423.40** | **$39,423.40** |
| 9/28/11 | 8/1/11-8/31/11 | $15,531.00 | $0.00 | $12,424.80 | $12,424.80 |
| 10/21/11 | 9/1/11-9/30/11 | $14,456.50 | $0.00 | $11,565.20 | $0.00 |
| 11/10/11 | 10/1/11-10/27/11 | $13,793.50[7] | $0.00 | $0.00 | $0.00 |
| | **TOTAL** | **$252,687.50** | **$490.49** | **$225,027.79** | **$213,461.79** |

[3] This was Neal, Gerber & Eisenberg LLP's First Interim Application.

[4] This was Neal, Gerber & Eisenberg LLP's Second Interim Application.

[5] This was Neal, Gerber & Eisenberg LLP's Third Interim Application.

[6] This was Neal, Gerber & Eisenberg LLP's Fourth Interim Application.

[7] This amount includes estimated compensation in the amount of $4,811.50 in connection with the preparation and filing of the final fee application.

## CERTIFICATE OF SERVICE

Mark A. Berkoff, an attorney, certifies that on November 10, 2011, he caused the foregoing *Notice of Hearing on Final Fee Application of Neal, Gerber & Eisenberg LLP as Counsel to the Official Committee of Unsecured Creditors of Corus Bankshares, Inc.* (the "**Notice**") to be filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to the following parties:

| | |
|---|---|
| Ronald Barliant    ronald.barliant@goldbergkohn.com, kristina.bunker@goldbergkohn.com | Mark A Berkoff    mberkoff@ngelaw.com, cdennis@ngelaw.com |
| Deborah J Bisco    bisco.deborah@pbgc.gov, efile@pbgc.gov | Sonia U Chae    chaes@sec.gov |
| Jeffrey W Gettleman    jgettleman@kirkland.com, sgross@kirkland.com;dseligman@kirkland.com;csroka@kirkland.com | Deborah M Gutfeld    dgutfeld@ngelaw.com, cdennis@ngelaw.com |
| Wojciech F Jung    wjung@lowenstein.com, squigley@lowenstein.com;ilevee@lowenstein.com | Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov |
| Michael D Messersmith    mmessersmith@kayescholer.com, keanderson@kayescholer.com;jben@kayescholer.com | Todd C Meyers    tmeyers@kilpatricktownsend.com, rrahman@kilpatricktownsend.com;lcanty@kilpatricktownsend.com |
| Nicholas M Miller    nmiller@ngelaw.com | Matthew A Olins    maolins@duanemorris.com |
| Elizabeth Gayle Peterson    epeterson@fhslc.com, docket@fhslc.com;clukey@fhslc.com;acotter@fhslc.com | Lars A Peterson    lapeterson@foley.com |
| Robbin S Rahman    rrahman@kilpatricktownsend.com | Kevin G Schneider    kschneider@ngelaw.com |
| David R Seligman    dseligman@kirkland.com, adam.gorman@kirkland.com;leslie.garthwaite@kirkland.com | Alan P. Solow    alan.solow@dlapiper.com, docketingchicago@dlapiper.com;william.guthrie@dlapiper.com |
| John R Weiss    jrweiss@duanemorris.com | Guthrie B William    william.guthrie@dlapiper.com, docketingchicago@dlapiper.com |
| Blair R Zanzig    bzanzig@loeb.com, mjawor@loeb.com;chdocket@loeb.com | |

In addition, the above-referenced documents were served upon the parties listed on the attached service lists in the manner indicated.

Parties may access this filing through the Court's CM/ECF system.

/s/ Mark A. Berkoff
Mark A. Berkoff (ARDC No. 06194787)
**NEAL, GERBER & EISENBERG LLP**
Two North LaSalle Street – Suite 1700
Chicago, IL  60602-3801
(312) 269-8000

Atty General of the United States
Dept of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001
Via US Mail

BNY Mellon
Valerie Nuhfer
525 William Penn Place
Pittsburgh, PA 15259-0001 Via E-mail
valerielynn.nuhfer@bnymellon.com

Corus Bankshares
Randy Curtis
Via E-mail
rcurtis@corusbankshares.com

FDIC
James Vordtriede
1601 Bryan St 17th Floor
Dallas, TX 75201 Via E-mail
jvortriede@fdic.gov

Federal Deposit Insurance Corp-FDIC
Timothy E Divis, Regional Counsel
300 S Riverside Plaza, Ste 1700
Chicago, IL 60606    Via E-mail
tdivis@fdic.gov

FTI Consulting Inc
(RE: Unsecured Creditors Committee)
Samuel Star
3 Times Square
9th Floor
New York, NY 10036 Via E-mail
samuel.star@fticonsulting.com

Illinois Dept of Employmnt Security
Benefit Payment Control Division
PO BOX 4385
Chicago, IL 60680    Via E-mail
joseph.mueller@illinois.gov

Kaye Scholer
(RE: LaSalle/BoA TR XI)
Michael Messersmith
3 First National Plaza
70 West Madison St Suite 4100
Chicago, IL 60602-4231    Via E-mail
mmessersmith@kayescholer.com

Kirkland & Ellis LLP
(RE: Counsel to the Debtor)
Jeffrey W. Gettleman
300 North LaSalle St
Chicago, IL 60654    Via E-mail and US mail
jgettleman@kirkland.com

Office of The United States Trustee
Gretchen Silver
219 S. Dearborn Street, Room 873
Chicago, IL 60604    Via E-mail
gretchen.silver@usdoj.gov

Potter Anderson & Corroon LLP
(RE: WellsFargo DE Tr Co TR XII)
Jessica M Willey
1313 North Market St Hercules Plaza
Wilmington, DE 19801    Via E-mail
jwilley@potteranderson.com

Securities and Exchange Commission
Merri Jo Gillette Regional Director
Chicago Regional Office

Bloomberg
Debt Collector Marie Ferguson
Vengroff Williams & Associated Inc
PO Box 4155
Sarasota, FL 34230-4155
Via US Mail

Cohen & Company
Peter Addei
Cira Centre
2929 Arch St, 17th Floor
Philadelphia, PA 19104    Via E-mail
paddei@cohenandcompany.com

Corus Bankshares
Steve Antal
Via E-mail
santal@corusbankshares.com

Federal Deposit Insurance Corp FDIC
Greg Watson, Res & Closings Mgr
Div of Resolutions & Receiverships
300 South Riverside Plaza, Ste 1700
Chicago, IL 60606    Via E-mail
gwatson@fdic.gov

Flora Boemi
1100 Pembridge Dr Apt 127
Lake Forest, IL 60045    Via E-mail
aboemi@internationalalfa.com

ILL Student Assistance Commission
Bankruptcy Department
1755 Lake Cook Rd
Deerfield, IL 60015    Via E-mail
collegezone@isac.org

Kaye Scholer
(RE: LaSalle/BoA TR XI)
Daniel Hartnett
3 First National Plaza
70 West Madison St Suite 4100
Chicago, IL 60602-4231 Via E-mail
dhartnett@kayescholer.com

Kirkland & Ellis LLP
(RE: Counsel to the Debtor)
David R. Seligman
300 North LaSalle St
Chicago, IL 60654    Via E-mail and US mail
david.seligman@kirkland.com

Mayer Brown
Michael Gill
71 S Wacker Dr
Chicago, IL 60606    Via E-mail
mgill@mayerbrown.com

PBGC
Deborah J Bisco
1200 K Street NW
Suite 340
Washington, DC 20005-4026    Via E-mail
bisco.deborah@pbgc.gov

Regus Management Group LLC
c/o Sylvia Wenzel
10 S Riverside Plaza Suite 1800
Chicago, IL 60606    Via E-mail
sylvia.wenzel@regus.com

Securities and Exchange Commission
SEC Headquarters
Michael Berman

BNY Mellon
(RE: Unsecured Creditors Committee)
J Chris Matthews
Trustee Corus Tst II,IV,VI,VIII&IX
601 Travis 16th Floor
Houston, TX 77002  Via E-mail
j.chris.matthew@bnymellon.com

Corus Bankshares
Cassie Miles
Via E-mail
cmiles@corusbankshares.com

Dept of the Treasury - IRS
Renita Cannon, IRS BK Specialist
PO Box 21126
Philadelphia, PA 19114    Via US Mail

Federal Deposit Insurance Corp FDIC
Richard Gill
Virginia Square, L. Wm Seidman Ctr
3501 Fairfax Drive
Arlington, VA 22226    Via E-mail
rgill@fdic.gov

Fortress Investment Group
(RE: Alesco Preferred Funding X-XVII)
Morgan J McClure
ATP Management LLC
1345 Ave of the Americas, 46th flr
New York, NY 10105    Via E-mail
mmcclure@fortress.com

Illinois Department of Revenue
Bankruptcy Section
Level 7-425
100 W Randolph St
Chicago, IL 60101 Via E-mail
john.maccaffrey@illinois.gov

Kaye Scholer
(RE: LaSalle/BoA TR XI)
Derrick Zandpour
3 First National Plaza
70 West Madison St Suite 4100
Chicago, IL 60602-4231    Via E-mail
dzandpour@kayescholer.com

Kirkland & Ellis LLP
(RE: Counsel to the Debtor)
James H.M. Sprayregen
300 North LaSalle St
Chicago, IL 60654    Via E-mail
jsprayregen@kirkland.com

Office of the United States Atty
Attn: Civil Process Clerk
Northern Distr of IL, Eastern Div
219 S Dearborn St
Chicago, IL 60604 Via US Mail

PIRINATE Consulting Group, LLC
Eugene I. Davis, Chairman & CEO
5 Canoe Brook Drive
Livingston, NJ 07039 Via E-mail
genedavis@pirinateconsulting.com

Regus Management Group LLC
Sheva Tennyson
10 S Riverside Plaza, Ste 1800
Chicago, IL 60606    Via E-mail
sheva.tennyson@regus.com

Shipman and Goodwin
(RE: US Bank NA TR I,III,V)
c/o Ira Goldman

11/8/2011

175 W Jackson Boulevard Suite 900
Chicago, IL 60604   Via E-mail
chicago@sec.gov

Shipman and Goodwin
(RE: US Bank NA TR I,III,V)
Marie Pollio
One Constitution Plaza
Hartford, CT 06103-1919   Via E-mail
mpollio@goodwin.com

Trapeza Capital Management LLC
Carolyn R Thagard
15 Alden Ln
Birmingham, AL 35213
Via E-mail
cag@finstocks.com

Wells Fargo Bank NA
(RE: Unsecured Creditors Committee)
James R Lewis
Trustee Corus Trust XII
45 Broadway; 17th Fl
New York, NY 10006   Via E-mail
james.r.lewis@wellsfargo.com

DLA Piper LLP (US)
(RE: Federal Deposit Insurance Corp)
Alan P Solow, William B Guthrie
203 N LaSalle St
Ste 1900
Chicago, IL 60601   Via E-mail
alan.solow@dlapiper.com

Duane Morris LLP
(RE: Tricadia Capital Management LLP)
John Robert Weiss
190 South LaSalle St
Ste 3700
Chicago, IL 60603-3433   Via E-mail & US Mail
jrweiss@duanemorris.com

Kilpatrick Townsend & Stockton LLP
(RE: Counsel for UCC)
Todd Meyers
1100 Peachtree Street NE
Suite 2800
Atlanta, GA 30309-4530   Via E-mail
tmeyers@kilpatricktownsend.com

Loeb & Loeb LLP
(RE: Wells Fargo Bank NA)
W Curchack / V Rubinstein
345 Park Avenue
New York, NY 10145   Via E-mail
vrubinstein@loeb.com

Lowenstein Sandler PC
(RE: Todd L Johnson)
M.Etkin / W.Jung / S.Quigley
65 Livingston Avenue
Roseland, NJ 07068   Via E-mail
wjung@lowenstein.com

Neal Gerber & Eisenberg LLP
(RE: Counsel for UCC)
M Berkoff / D Gutfeld / K Schneider
Two N LaSalle Street
Suite 1700
Chicago, IL 60602-3801   Via E-mail
kschneider@ngelaw.com

Robbins Geller Rudman & Dowd LLP
(RE: Todd L Johnson et al)
J.Rice / R.Llorens / S.Holloway
100 Pine Street, Ste 2600
San Francisco, CA 94111   Via E-mail
sholloway@rgrdlaw.com

Werner E Ament &
Lea A. Ament JT Ten
3470 North Lake Shore Dr Apt 19B
Chicago, IL 60657-2877   Via E-mail
w_amentbbc@att.net

---

100 F Street NE
Washington, DC 20549   Via US Mail

StoneCastle Partners LLC
Ricardo Viloria
120 W 45th St 14th Floor
New York, NY 10036   Via E-mail
rviloria@stonecastlepartners.com

US Bank NA
(RE: Unsecured Creditors Committee)
James H Byrnes
Trustee Corus Trust I, III & V
Corp Trst Div; 3rd Fl; 1 Federal St
Boston, MA 02110   Via E-mail
james.byrnes@usbank.com

Wilmington Trust Company
(RE: Unsecured Creditors Committee)
Steven Cimalore
Trustee Corus Trust VII, X & XIII
1100 N Market St; Rodney Sq N
Wilmington, DE 19890-1615   Via E-mail
scimalore@wilmingtontrust.com

DLA Piper LLP (US)
(RE: Federal Deposit Insurance Corp)
Alan P Solow, William B Guthrie
203 N LaSalle St
Ste 1900
Chicago, IL 60601   Via E-mail
william.guthrie@dlapiper.com

Kaye Scholer LLC
(RE: Bank of America NA Trustee)
M Messersmith / J Ben
3 First National Plaza; Ste 4100
70 W Madison Street
Chicago, IL 60602   Via E-mail
jben@kayescholer.com

Loeb & Loeb LLP
(RE: Wells Fargo Bank NA)
Blair R Zanzig
321 North Clark Street
Suite 2300
Chicago, IL 60654   Via E-mail
bzanzig@loeb.com

Lowenstein Sandler PC
(RE: Todd L Johnson)
M.Etkin / W.Jung / S.Quigley
65 Livingston Avenue
Roseland, NJ 07068   Via E-mail
metkin@lowenstein.com

Neal Gerber & Eisenberg LLP
(RE: Counsel for UCC)
M Berkoff / D Gutfeld / K Schneider
Two N LaSalle Street
Suite 1700
Chicago, IL 60602-3801   Via E-mail
mberkoff@ngelaw.com

Neal Gerber & Eisenberg LLP
(RE: Counsel for UCC)
Nicholas M Miller
Two N LaSalle Street
Suite 1700
Chicago, IL 60602-3801   Via E-mail
nmiller@ngelaw.com

Robbins Geller Rudman & Dowd LLP
(RE: Todd L Johnson et al)
J.Rice / R.Llorens / S.Holloway
100 Pine Street, Ste 2600
San Francisco, CA 94111   Via E-mail
ryanl@rgrdlaw.com

Corus Bankshares
Attn: Steven J. Antal, Esq
10 S. Riverside Plaza
Suite 1800
Chicago, IL 60606   Via US Mail

---

One Constitution Plaza
Hartford, CT 06103-1919   Via E-mail
igoldman@goodwin.com

Trapeza Capital Management LLC
Carolyn R Thagard
15 Alden Ln
Birmingham, AL 35213   Via E-mail
cthagard@goodwin.com

US Environmental Protection Agency
Richard L Nagle
Bankruptcy Contact
US EPA Region 5 Mail Code C-14J
Chicago, IL 60604   Via E-mail
nagle.richard@epa.gov

Bartlett Hackett Feinberg PC
(RE: Iron Mountain Info Mgmt Inc)
Frank F McGinn Esq
155 Federal Street
9th Floor
Boston, MA 02110   Via E-mail
ffm@bostonbusinesslaw.com

Duane Morris LLP
(RE: Tricadia Capital Management LLP)
G Catalanello, J Vincequerra
1540 Broadway
New York, NY 10036   Via E-mail and US Mail
gcatalanello@duanemorris.com

Kaye Scholer LLC
(RE: Bank of America NA Trustee)
M Messersmith / J Ben
3 First National Plaza; Ste 4100
70 W Madison Street
Chicago, IL 60602   Via E-mail
mmessersmith@kayesholer.com

Loeb & Loeb LLP
(RE: Wells Fargo Bank NA)
W Curchack / V Rubinstein
345 Park Avenue
New York, NY 10145   Via E-mail
wcurchack@loeb.com

Lowenstein Sandler PC
(RE: Todd L Johnson)
M.Etkin / W.Jung / S.Quigley
65 Livingston Avenue
Roseland, NJ 07068   Via E-mail
squigley@lowenstein.com

Neal Gerber & Eisenberg LLP
(RE: Counsel for UCC)
M Berkoff / D Gutfeld / K Schneider
Two N LaSalle Street
Suite 1700
Chicago, IL 60602-3801   Via E-mail
dgutfeld@ngelaw.com

Robbins Geller Rudman & Dowd LLP
(RE: Todd L Johnson et al)
J.Rice / R.Llorens / S.Holloway
100 Pine Street, Ste 2600
San Francisco, CA 94111   Via E-mail
jrice@rgrdlaw.com

Securities and Exchange Commission
Sonia Chae
175 W Jackson Boulevard
Suite 900
Chicago, IL 60604   Via E-mail
chaes@sec.gov

Office of the United States Trustee
Richard C. Friedman / M. Gretchen Silver
219 S. Dearborn Street
Room 873
Chicago, IL 60604   Via Messenger

**COMMITTEE MEMBERS SERVED VIA E-MAIL:**

### 1. THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS INDENTURE TRUSTEE FOR CORUS STATUTORY II, IV, VI, VIII AND IX

| NAME | TITLE | COMPANY | ADDRESS | EMAIL |
|------|-------|---------|---------|-------|
| J. Chris Matthews (Committee Chair) | | The Bank of New York Mellon Trust Company, N.A. | 604 Travis, 16th Floor Houston, TX 77002 | j.chris.matthews@bnymellon.com |
| Dennis Roemlein | | The Bank of New York, Mellon Trust Company, N.A. | 604 Travis, 16th Floor Houston, TX 77002 | dennis.roemlein@bnymellon.com |
| Edward P. Zujkowski | Partner | Emmet, Marvin & Martin, LLP | 120 Broadway, 32nd Floor New York, NY 10271 | ezujkowski@emmetmarvin.com |
| Christopher Murray | Partner | Emmet, Marvin & Martin, LLP | 120 Broadway, 32nd Floor New York, NY 10271 | cmurray@emmetmarvin.com |

### 2. U.S. BANK, N.A. AS INDENTURE TRUSTEE FOR CORUS STATUTORY TRUSTS I, III AND V

| NAME | TITLE | COMPANY | ADDRESS | EMAIL |
|------|-------|---------|---------|-------|
| James H. Byrnes | | U.S. Bank. N.A. | Corporate Trust Division, 3rd Floor, 1 Federal Street Boston, MA 02110 | james.byrnes@usbank.com |
| Ira H. Goldman | Partner | Shipman & Goodwin | One Constitution Plaza Hartford, CT 06103-1919 | igoldman@goodwin.com |
| Marie C. Pollio | Associate | Shipman & Goodwin | One Constitution Plaza Hartford, CT 06103-1919 | mpollio@goodwin.com |

### 3. WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE FOR CORUS STATUTORY TRUSTS VII, X AND XIII

| NAME | TITLE | COMPANY | ADDRESS | EMAIL |
|------|-------|---------|---------|-------|
| Steven Cimalore | | Wilmington Trust Company | Rodney Square North 1100 North Market Street Wilmington, DE 19890-1615 | SCimalore@WilmingtonTrust.com |
| Douglas E. Spelfogel | Partner | Foley & Lardner LLP | 90 Park Avenue New York, NY 10016-1314 | dspelfogel@foley.com |
| Mark L. Prager | | Foley & Lardner LLP | 312 North Clark Street Suite 2800 Chicago, IL 60654-5313 | mprager@foley.com |

### 4. WELLS FARGO BANK, N.A., AS INDENTURE TRUSTEE FOR CORUS STATUTORY TRUST XII

| NAME | TITLE | COMPANY | ADDRESS | EMAIL |
|------|-------|---------|---------|-------|
| James R. Lewis | Vice President | Wells Fargo Bank, N.A. | 45 Broadway, 12th Floor New York, NY 10006 | james.r.lewis@wellsfargo.com |
| Walter H. Curchack | Partner | Loeb & Loeb LLP | 345 Park Avenue New York, NY 10154 | wcurchack@loeb.com |
| Vadim J. Rubinstein | Partner | Loeb & Loeb LLP | 345 Park Avenue New York, NY 10154 | vrubinstein@loeb.com |