UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 10-26881 |
| CORUS BANKSHARES, INC. | ) | |
| | ) | |
| | ) | Chapter: 11 |
| | ) | |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| Debtor(s) | ) | |

ORDER APPROVING SUPPLEMENT TO FINAL FEE
APPLICATION OF KILPATRICK TOWNSEND & STOCKTON LLP

Upon consideration of the Supplement to Sixteenth and Final Application for Compensation and Payment of Itemized Charges and Expenses to Kilpatrick Townsend & Stockton LLP as Counsel for the Official Committee of Unsecured Creditors for the Period from June 28, 2010, Through and Including October 31, 2011 [ECF No. 753](the "Fee Request") filed by Kilpatrick Townsend & Stockton LLP ("Kilpatrick Townsend"); and it appearing to the Court that all of the requirements of sections 327, 328, 330, 331, and 503(b) of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [ECF No. 67], the local bankruptcy rules for the United States Bankruptcy Court for the Northern District of Illinois, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 have been satisfied, and it further appearing that the fees and expenses requested in the Fee Request were reasonable and necessary; and that notice of the Fee Request was sufficient and appropriate; and the Court having reviewed the Fee Request and having heard the statements in support of the relief requested therein at a hearing before the Court (the "Hearing"); and the Court having determined the legal and factual bases set forth in the Fee Request and at the Hearing establish just cause for the relief granted herein; and after due deliberation and sufficient good cause appearing therefor; it is HEREBY ORDERED THAT:

1. The Fee Request is approved in the amount requested of $1,667.50 for fees, and $644.69 for expenses;

2. Kilpatrick Townsend is granted final allowance of compensation for services;

3. Kilpatrick Townsend is granted final allowance of reimbursement of reasonable and necessary expenses; and

4. The Reorganized Debtor is authorized and directed to remit payment to Kilpatrick Townsend, less all amounts previously paid on account of such fees and expenses.

Enter:

Dated: JAN 1 2 2012

_/s/_ _____
United States Bankruptcy Judge

**Prepared by counsel of Movant:**

Todd C. Meyers (# 90785773)
Kilpatrick Townsend
  & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309-4530
(404) 815-6500 (Telephone)
(404) 815-6555 (Facsimile)