# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CORUS FINANCIAL CORP., f/k/a | ) | Case No. 10-26881 (PSH) |
| CORUS BANKSHARES, INC.[1] | ) | |
| | ) | |
| Reorganized Debtor. | ) | |

## AFFIDAVIT OF SERVICE RE:

Docket No. 1034

NOTICE OF THE MOTION FOR ENTRY OF A FINAL DECREE CLOSING THE CHAPTER 11 CASE

MOTION FOR ENTRY OF A FINAL DECREE AND ORDER CLOSING THE CHAPTER 11 CASE

I, Mabel Soto, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 300 N. Continental Boulevard, Ste. 570, El Segundo, California 90245.

2. On June 3, 2014, at the direction of Kirkland and Ellis LLP, counsel for the reorganized debtor in the above-captioned case, the above-referenced documents were served on the parties listed in Exhibit A at the addresses shown thereon and via the modes of service indicated thereon:

///

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, is: Corus Financial Corp. (3592). The location of the Reorganized Debtor's corporate headquarters and the service address for the Debtor is: 555 E. Lancaster Ave., Suite 540, Radnor, PA 19087.

Exhibit A    Address List regarding Docket No. 1034
- Master Service List Parties are referenced in Service List 56950
- The Affected Party is referenced in Service List 56951

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 4th day of June 2014 at Paramount, California.

_____

Mabel Soto

# EXHIBIT A

# Corus Bankshares

**Total number of parties: 16**

### Exhibit A - Corus Bankshares

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 56950 | BNY MELLON, J CHRIS MATTHEWS, (RE: UNSECURED CREDITORS COMMITTEE), J.CHRIS.MATTHEWS@BNYMELLON.COM | E-mail |
| 56950 | COHEN & COMPANY, PETER ADDEI, PADDEI@COHENANDCOMPANY.COM | E-mail |
| 56950 | CORUS BANKSHARES, CASSIE MILES, CMILES@CORUSBANKSHARES.COM | E-mail |
| 56950 | DLA PIPER LLP (US), ALAN P SOLOW, OKSANA KOLTO, (RE: FEDERAL DEPOSIT INSURANCE CORP), ALAN.SOLOW@DLAPIPER.COM | E-mail |
| 56950 | DLA PIPER LLP (US), ALAN P SOLOW, OKSANA KOLTO, (RE: FEDERAL DEPOSIT INSURANCE CORP), OKSANA.KOLTKO@DLAPIPER.COM | E-mail |
| 56950 | FEDERAL DEPOSIT INSURANCE CORP FDIC, RICHARD GILL, RGILL@FDIC.GOV | E-mail |
| 56950 | FLORA BOEMI, ABOEMI@INTERNATIONALFA.COM | E-mail |
| 56950 | KILPATRICK TOWNSEND & STOCKTON LLP, TODD MEYERS, (RE: COUNSEL FOR UCC), TMEYERS@KILPATRICKTOWNSEND.COM | E-mail |
| 56950 | KIRKLAND & ELLIS LLP, DAVID R. SELIGMAN, (RE: COUNSEL TO THE DEBTOR), DAVID.SELIGMAN@KIRKLAND.COM | E-mail |
| 56950 | KIRKLAND & ELLIS LLP, JAMES H.M. SPRAYREGEN, (RE: COUNSEL TO THE DEBTOR), JAMES.SPRAYREGEN@KIRKLAND.COM | E-mail |
| 56950 | KIRKLAND & ELLIS LLP, JEFFREY W. GETTLEMAN, (RE: COUNSEL TO THE DEBTOR), JEFFREY.GETTLEMAN@KIRKLAND.COM | E-mail |
| 56950 | LOWENSTEIN SANDLER PC, WOJCIECH F JUNG ESQ, (RE: TODD L JOHNSON), WJUNG@LOWENSTEIN.COM | E-mail |
| 56950 | OFFICE OF THE UNITED STATES TRUSTEE, GRETCHEN SILVER, GRETCHEN.SILVER@USDOJ.GOV | E-mail |
| 56950 | PBGC, DEBORAH J BISCO, BISCO.DEBORAH@PBGC.GOV | E-mail |
| 56950 | SHIPMAN AND GOODWIN, MARIE POLLIO, (RE: US BANK NA TR I,III,V), MPOLLIO@GOODWIN.COM | E-mail |
| 56951 | ST RESIDENTIAL, LLC, MANAGING MEMBER FOR CORUS CONSTRUCTION VENTURE,LLC, 175 W JACKSON BOULEVARD SUITE 540, CHICAGO, IL, 60604 | US Mail (1st Class) |

**Subtotal for this group: 16**