**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CORUS FINANCIAL CORP. f/k/a/ ) | Case No. 10-26881 (PSH) |
| CORUS BANKSHARES, INC., [1] ) | |
| ) | **Objection Deadline: June 18, 2014, at 4:00 p.m. C.T.** |
| Reorganized Debtor. ) | **Hearing Date:  June 19, 2014, at 10:00 a.m. C.T.** |
| ) | |

## <u>AMENDED</u> NOTICE OF HEARING ON THE MOTION FOR ENTRY OF A FINAL DECREE CLOSING THE CHAPTER 11 CASE

**PLEASE TAKE NOTICE** that on June 3, 2014, the Reorganized Debtor in the above-captioned chapter 11 case, filed the **Motion for Entry of a Final Decree Closing the Chapter 11 Case** [Docket No. 1034] (the "<u>Motion</u>"), which was originally scheduled to be heard on June 17, 2014.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will now take place on **June 19, 2014, at 10:00 a.m., C.T.** or as soon thereafter as counsel may be heard, before the Honorable Pamela S. Hollis in Courtroom 644 in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any other judge who may be sitting in her place and stead, at which time and place you may appear if you so desire.

**PLEASE TAKE FURTHER NOTICE** that any objection must be filed with the Court by **June 18, 2014, at 4:00 p.m., C.T.** and served by such time on:  (a) counsel to the Reorganized Debtor; (b) the Office of the United States Trustee for the Northern District of Illinois, 219 South Dearborn Street, Suite 873, Chicago, Illinois 60604, Attn: M. Gretchen Silver; (c) counsel for the Creditors' Designee, Kilpatrick Townsend & Stockton LLP, 1100 Peachtree Street, Suite 2800, Atlanta, Georgia 30309-4528, Attn: Todd Meyers and Robbin Rahman; and (d) those parties who have requested service of papers in this case pursuant to Bankruptcy Rule 2002 and the Case Management Procedures approved by the Court in this case.

**PLEASE TAKE FURTHER NOTICE** that, unless a written objection to the Motion with proof of service is filed with the Bankruptcy Court by **June 18, 2014, at 4:00 P.M. C.T.**, there may not be a hearing on the Motion and the Order may be signed without further notice.

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, is: Corus Financial Corp. (3592).  The location of the Reorganized Debtor's corporate headquarters and the service address for the Debtor is: 555 E. Lancaster Ave., Suite 540, Radnor, PA 19087.

1

KE 32043780

**PLEASE TAKE FURTHER NOTICE** that, you may obtain additional information concerning the Chapter 11 case at the Reorganized Debtor's private web site at http://www.bmcgroup.com/corus.

Dated:  June 10, 2014                              **KIRKLAND & ELLIS LLP**

*/s/ Jeffrey W. Gettleman*
James H.M. Sprayregen, P.C. (IL Bar No. 6190206)
David R. Seligman, P.C. (IL Bar No. 6238064)
Jeffrey W. Gettleman (IL Bar No. 0944904)
300 North LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile:  (312) 862-2200

*Counsel to the Reorganized Debtor*

KE 32043780