UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 10-26881 |
| | ) | |
| | ) | |
| | ) | Chapter: 11 |
| CORUS BANKSHARES, INC. | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**FINAL DECREE AND ORDER CLOSING THE CHAPTER 11 CASE**

      Upon the motion, dated June 3, 2014, (the "Motion") of the Reorganized Debtor for the entry of a final decree (the "Decree") closing the above-captioned bankruptcy case; and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Reorganized Debtor's estate has been fully administered within the meaning of section 350 of the Bankruptcy Code; and the Reorganized Debtor having provided appropriate notice under the circumstances of the Motion and the opportunity for a hearing on the Motion, and that no other or further notice is required; and after due deliberation and sufficient cause appearing therefore, it is HEREBY ORDERED AND DECREED:

  1. The above-captioned bankruptcy case shall be closed as provided in section 350 of the Bankruptcy Code and Bankruptcy Rule 3022, effective as of the date this order is entered.

  2. The Clerk of the Court shall enter this final decree and order on the docket of the Chapter 11 Case and such docket thereafter shall be marked as closed.

  3. Any creditor in Class 4 or Class 6 who elected to receive the Cash Election Entitlement under the Plan shall be responsible for notifying the Reorganized Debtor of any address change affecting such creditor, so that any future Distributions may be directed appropriately, and the Reorganized Debtor shall have no responsibility to search for a creditor whose address is different from the address shown on the Claims Register. Changes of address should be sent to BMC Group, Attn: Corus Address Changes, 300 North Continental Blvd, Suite 570, El Segundo, CA 90245.

  4. The Creditors' Designee's term expired on May 31, 2014 and after that date, neither he nor his professionals have any further obligations with respect to the Reorganized Debtor or pursuant to the Plan.

  5. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion, and the requirements of Rule 3022-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois are satisfied by such notice.

  6. This final decree and order is without prejudice to the rights of the Reorganized Debtor or any other party in interest to seek to reopen the Chapter 11 Case for good cause shown.

  7. The Reorganized Debtor is authorized to take all actions necessary to effectuate the relief granted

pursuant to this Order in accordance with the Motion.

    8. Notwithstanding the possible applicability of Rules 6004(h), 7062, or 9014 of the Federal Rules of Bankruptcy Procedure or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

    9. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

    Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  June 19, 2014

**Prepared by:**

James H.M. Sprayregen, P.C. (IL Bar No. 6190206)
David R. Seligman, P.C. (IL Bar No. 6238064)
Jeffrey W. Gettleman (IL Bar No. 0944904)
300 North LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile:  (312) 862-2200

Counsel to the Reorganized Debtor